**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 2 4 2022

F̶ TAMMY H. DOWNS, CLERK
By:̶_____
DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

RANDALL ROBERTSON and
JULIAN A. GRAVES, both individually
and on behalf of a class of similarly
situated individuals,

*Plaintiffs,*

v.

FAMILY DOLLAR STORES OF
ARKANSAS, LLC and FAMILY DOLLAR
SERVICES, LLC,

*Defendants.*

Case No. 4:22-cv-*969-BSM*

This case assigned to District Judge *Miller*
and to Magistrate Judge *Harney*

## NOTICE OF REMOVAL

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. §§ 1332(d), 1441,

1446 and 1453, Defendants Family Dollar Stores of Arkansas, LLC and Family Dollar Services,

LLC ("Family Dollar" or "Defendants") hereby remove this case from the Circuit Court of Pope

County, Arkansas, in which the above-captioned action is now pending, to the United States

District Court for the Eastern District of Arkansas, Central Division. Removal is proper because

this Court has jurisdiction over the case, and the Eastern District of Arkansas, Central Division, is

the federal judicial district in which the state court litigation is pending. *See* 28 U.S.C. § 1441(a).

Family Dollar appears specifically and only for the purpose of removal and preserves any and all

defenses available under Rule 12 of the Federal Rules of Civil Procedure.

In support of this Notice of Removal, Family Dollar states as follows:

## BACKGROUND

1.      Named Plaintiffs Randall Robertson and Julian A. Graves (collectively, "Plaintiffs") filed a class action complaint (the "Complaint") against Family Dollar on February 22, 2022, in the Circuit Court of Pope County, Arkansas, bearing the case number 58CV-22-85 (the "Removed Action").  The Complaint is attached as **Exhibit A**.

2.      Plaintiff served the Complaint and summons on Family Dollar on February 28, 2022.  *See* **Exhibit B**.  This Notice of Removal is timely because it is filed within 30 days after service was completed.  28 U.S.C. § 1446(b)(1); *see Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347–48 (1999).

3.      The Complaint alleges that Family Dollar violated the Arkansas Deceptive Trade Practices Act and breached an implied warranty of merchantability, and that Family Dollar was unjustly enriched as a result of the conduct alleged in the Complaint.  *See* Compl. ¶¶ 37–68. Plaintiffs seek to represent the following putative class:

> All persons who were or are citizens of the State of Arkansas who, from January 1, 2021, through the February 18, 2022, purchased one of the Contaminated Products for household or business use, from a Family Dollar Affected Store in Arkansas.

*Id.* ¶ 30.[1]

4.      Plaintiffs allege that the putative class includes "tens of thousands of members." *Id.* ¶ 32.

5.      Among other things, Plaintiffs allege that they and the putative class are owed actual, statutory, compensatory, and punitive damages, declaratory relief, restitution,

---

[1] The putative class excludes "(1) Defendants, Defendants' agents, subsidiaries, parents, successors, predecessors, and any entity in which Defendants or its parents have a controlling interest, and those entities' current and former employees, officers, and directors; (2) the Judge to whom this case is assigned and the Judge's immediate family; (3) any person who executes and files a timely request for exclusion from the Class; (4) any persons who have had their claims in this matter finally adjudicated and/or otherwise released; and (5) the legal representatives, successors and assigns of any such excluded person." *Id.* ¶ 30.

disgorgement, attorneys' fees, and costs and expenses incurred in connection with the litigation. *Id.* at 17 (Request for Relief).

## GROUNDS FOR REMOVAL

6.　　CAFA vests federal courts with diversity jurisdiction over any purported class action in which (1) the proposed class contains at least 100 members, (2) "any member of a class of plaintiffs is a citizen of a State different from any defendant," and (3) the amount in controversy is at least $5,000,000 in the aggregate. 28 U.S.C. § 1332(d)(2), (d)(5). Each of these three requirements is satisfied in this case.

### A. The Putative Class Contains More Than 100 Members

7.　　The putative class includes "[a]ll persons who were or are citizens of the State of Arkansas" and who purchased certain products between January 1, 2021 and February 18, 2022 from any of more than 400 stores implicated by Plaintiffs' claims. Compl. ¶¶ 19, 30. Plaintiffs expressly allege that the class "is comprised of tens of thousands of members." *Id.* ¶ 32. The first requirement of CAFA accordingly is satisfied here. *See* 28 U.S.C. § 1332(d)(5) ("the number of members of all proposed plaintiff classes in the aggregate" must be 100 or more).

### B. There Is Minimal Diversity Among The Parties

8.　　Plaintiffs allege that they are citizens of the State of Arkansas, and they seek to represent a class consisting of individuals "who were or are citizens of the State of Arkansas." Compl. ¶¶ 1, 30.

9.　　Family Dollar Stores of Arkansas, LLC is a Virginia limited liability company whose principal place of business is in Virginia. Compl. ¶ 2. Family Dollar Services, LLC is a North Carolina limited liability company whose principal place of business is in Virginia. Compl. ¶ 3. Neither Family Dollar Stores of Arkansas, LLC nor Family Dollar Services, LLC is a citizen of Arkansas for purposes of CAFA. 28 U.S.C. § 1332(10) (under CAFA, "an unincorporated

association shall be deemed to be a citizen of the State where it has its principal place of business and the State under whose laws it is organized"); *accord, e.g.*, *Green v. Skyline Highland Holdings LLC*, No. 4:17-CV-00534 BSM, 2017 WL 6001498, at *2 (E.D. Ark. Dec. 4, 2017) ("CAFA displaces the traditional rule of basing LLC citizenship on that of its members").

10.    Thus, there is minimal diversity because at least one putative class member is a citizen of Arkansas, and neither Defendant is a citizen of Arkansas. 28 U.S.C. § 1332(d)(2).

### C. The CAFA Amount in Controversy Is At Least $5,000,000

11.    To remove a case to federal court under CAFA, Defendants need not provide more than "a short and plain statement of the grounds for removal." *Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 83 (2014). As to the amount in controversy requirement, Defendants "need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Id.* at 89 ; *see also Hartis v. Chi. Title Ins. Co.*, 694 F.3d 935, 944–45 (8th Cir. 2012) ("Importantly, the removing party's burden of describing how the controversy exceeds $5 million constitutes a pleading requirement, not a demand for proof." (citation omitted)). "So long as [the removing party] has plausibly alleged that more than $5 million is in controversy, the case belongs in federal court unless it is *legally impossible* for the plaintiff to recover that much." *Pirozzi v. Massage Envy Franchising, LLC*, 938 F.3d 981, 984 (8th Cir. 2019) (emphasis added).

12.    Family Dollar denies any liability in this case and intends to vigorously oppose class certification—and Family Dollar expressly reserves all its rights to do so. *See Dart Cherokee*, 574 U.S. at 84. However, for purposes of the jurisdictional requirements for removal only, Family Dollar has a good faith basis to believe, and on that basis avers, that the allegations in Plaintiffs' Complaint place more than $5,000,000 in controversy in the aggregate, exclusive of interest and costs. *See* 28 U.S.C. § 1332(d)(6) (claims set forth in the Complaint are "aggregated to determine

4

whether the matter in controversy exceeds the sum or value of $5,000,000").

13.     Plaintiffs allege that they and tens of thousands of other class members suffered "actual financial loss" as a result of Defendants' conduct, based on purchases of "widely purchased consumer goods" at hundreds of Defendants' stores over a period of more than a year. *Id.* ¶¶ 15, 32, 66–67. The products implicated by Plaintiffs' claims include all FDA regulated food products, cosmetics, medical devices, and over-the-counter medications sold at the relevant stores during the relevant time period. *Id.* ¶ 15 (the "Products"). The Complaint seeks compensatory damages, punitive damages, and attorneys' fees, among other relief. Compl. at 17.

14.     The punitive damages sought in the Complaint may be used in determining the amount in controversy, and the Court may consider the potentially applicable ratio of punitive damages to actual damages for purposes of assessing whether the jurisdictional threshold has been met. *Pirozzi*, 938 F.3d at 984.

15.     The attorneys' fees Plaintiffs seek may also be added to the calculation of the amount in controversy under CAFA. *Id.* at 983–84; *OnePoint Solutions, LLC v. Borchert,* 486 F.3d 342, 348 (8th Cir. 2007). For purposes of assessing whether the amount in controversy requirement is satisfied under CAFA, district courts in Arkansas have held that fee awards of up to 40% are legally possible and therefore can be counted toward the jurisdictional threshold. *See Goodner v. Clayton Homes, Inc.*, 2014 WL 4722748, at \*5 (W.D. Ark. Sept. 23, 2014); *Alexander v. Pipeline Productions, Inc.,* 2018 WL 3045179, at \*4 (E.D. Ark. Feb. 15, 2018).

16.     Although Family Dollar does not concede that Plaintiffs are entitled to any relief, the Complaint places at least $5 million in controversy.[2]  Revenues from retail sales of the

---

[2] *Pirozzi*, 938 F.3d at 984 (emphasizing that an assessment of "the merits of plaintiffs' claims . . . 'should not be smuggled into the jurisdictional inquiry'" under CAFA (citation omitted)); *Raskas v. Johnson & Johnson*, 719 F.3d 884, 888 (8th Cir. 2013) (rejecting the idea that the defendant must "'confess liability' for the entire jurisdictional amount" in order to remove an action under CAFA (citation omitted)); *Hartis v. Chicago Title Ins. Co.*, 694 F.3d 935, 946 (8th Cir. 2012) (defendant need not "concede liability for the entire amount" of transactions implicated by plaintiffs' claims; *see also, e.g., Lewis v. Verizon Commc'ns,*

challenged Products at Family Dollar stores in Arkansas during the period from January 1, 2021 through February 18, 2022 (Plaintiffs' proposed class period) are far in excess of $5,000,000. Moreover, for purposes of this jurisdictional analysis only, punitive damages could be awarded based on a conservative multiplier of only four times the amount of compensatory damages.[3] Accordingly, in light of the relief Plaintiffs seek, including "restitution of the monies Defendants . . . acquired" and "disgorgement of the monies Defendants . . . acquired" as a result of the alleged conduct, "punitive damages," and "attorneys' fees" (Compl. 17, Request for Relief), the amount that Plaintiffs have placed in controversy easily exceeds the $5 million amount in controversy requirement, even setting aside the other forms of relief sought in the Complaint. *Id.* The final requirement of CAFA thus is satisfied and removal is proper.

## REMOVAL PROCEDURES

17.    The CAFA removal statute states that class actions may be removed to federal court "in accordance with section 1446." 28 U.S.C. § 1453(b).

18.    Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Family Dollar in the State Court Action are attached hereto as Exhibits A & B.

19.    Written notice of this Notice of Removal will be given to Plaintiffs as required by law. A Notice of Filing Notice of Removal, with a copy of this Notice of Removal attached, will promptly be filed with the Circuit Court Clerk for the Circuit Court of Pope County.

20.    The allegations of this Notice of Removal are true and correct and this cause of action is within the jurisdiction of the United States District Court for the Eastern District of

---

*Inc.*, 627 F.3d 395, 400 (9th Cir. 2010) ("The amount in controversy is simply an estimate of the total amount in dispute, not a prospective assessment of defendant's liability.").

[3] *See, e.g.*, *Goodner*, 2014 WL 4722748, at *3 ("Courts considering the availability of punitive damages in the CAFA amount-in-controversy context have held that utilizing multipliers of four to six times the total amount of compensatory damages is acceptable in determining what punitive damages award might be legally permissible."); *Pirozzi*, 938 F.3d at 984 (approving ratio of more than 24 times the total amount of compensatory damages).

Arkansas, Central Division, and this cause of action is removable to the United States District Court for the Eastern District of Arkansas, Central Division.

WHEREFORE, Defendants Family Dollar Stores of Arkansas, LLC and Family Dollar Services, LLC pray that this Court will consider this Notice of Removal as provided by law governing the removal of cases to this Court; that this Court will make the proper orders to achieve the removal of the State Court Action to this Court; and that this Court will make such other orders as may be appropriate to effect the preparation and filing of a true record in this cause of all proceedings that may have been had in the State Court Action.

Respectfully submitted,

Marshall S. Ney, AR Bar 91108
Katherine C. Campbell, AR Bar 2013241
FRIDAY, ELDREDGE & CLARK, LLP
3350 S. Pinnacle Hills Parkway, Suite 301
Rogers, Arkansas 72758
Telephone: 479-695-6049
Email: mney@fridayfirm.com
Email: kcampbell@fridayfirm.com

By: _____
Katherine C. Campbell

*Attorneys for Defendants*

7

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March, 2022, a true and correct copy of the foregoing document was served upon the following via first class mail and email:

James A. Streett
Streett Law Firm, PA
107 West Main
Russellville, AR 72801

J. Gerard Stranch, IV
Benjamin A. Gastel
Janna Maples
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203

Katherine G. Campbell

# Exhibit A

- Not an Official Document                                    Page 1 of 5

## Report Selection Criteria

**Case ID:**          58CV-22-85
**Citation No:**
**Docket Start Date:**
**Docket Ending Date:**

## Case Description

**Case ID:**     58CV-22-85 - R ROBERTSON & A GRAVES V FAMILY DOLLAR ETAL
                 *-NON-TRIAL*
**Filing**       Tuesday , February 22nd, 2022
**Date:**
**Court:**       58 - POPE
**Location:**    CI - CIRCUIT
**Type:**        OM - CIVIL - OTHER
**Status:**      OPEN - CASE OPEN
**Images:**

## Case Event Schedule

*No case events were found.*

## Case Parties

| Seq # | Assoc | End Date | Type | ID | Name |
|---|---|---|---|---|---|
| 2 | | | PLAINTIFF | 3490271 | **ROBERTSON, RANDELL LEE,2ND** |
| | | | | **Aliases:** | ROBERTSON, RANDELL LEE |
| | | | | | |
| 4 | | | PLAINTIFF/PETITIONER ATTORNEY | 7923731 | **STREETT, JAMES ALBERT** |
| | | | | **Aliases:** | *none* |
| | | | | | |
| 6 | | | DEFENDANT | 17524243 | **FAMILY DOLLAR SERVICES, LLC** |

- Not an Official Document                                                                Page 2 of 5

| | | | | | Aliases: | none |
|---|---|---|---|---|---|---|
| | | | | | | |
| 3 | | | PLAINTIFF | | 12678278 | GRAVES, JULIAN AUSTIN |
| | | | | | Aliases: | none |
| | | | | | | |
| 5 | | | DEFENDANT | | 17524242 | FAMILY DOLLAR STORES OF ARKANSAS, LLC |
| | | | | | Aliases: | none |
| | | | | | | |
| 1 | | | JUDGE | | 7965379 | 5TH CIRCUIT DIVISION 4 |
| | | | | | Aliases: | none |
| | | | | | | |

## Violations

## Sentence

No Sentence Info Found.

## Milestone Tracks

*No Milestone Tracks found.*

## Docket Entries

| Filing Date | Description | Name | Monetary |
|---|---|---|---|
| 02/22/2022 03:41 PM | AOC COVERSHEET CIVIL | STREETT, JAMES ALBERT | |
| Entry: | *none.* | | |

- Not an Official Document                                                    Page 3 of 5

| Images | No Images | | |
|---|---|---|---|
| | | | |
| 02/22/2022 03:41 PM | EXHIBITS | STREETT, JAMES ALBERT | |
| Entry: | *none.* | | |
| Images | EXHIBITS | | |
| | | | |
| 02/22/2022 03:41 PM | EXHIBITS | STREETT, JAMES ALBERT | |
| Entry: | *none.* | | |
| Images | EVIDENCE | | |
| | | | |
| 02/22/2022 03:41 PM | COMPLAINT/PETITION FILED $ | STREETT, JAMES ALBERT | |
| Entry: | CLASS ACTION COMPLAINT | | |
| Images | COMPLAINT | | |
| | | | |
| 02/22/2022 03:41 PM | EXHIBITS | STREETT, JAMES ALBERT | |
| Entry: | *none.* | | |
| Images | EXHIBITS | | |
| | | | |
| 02/22/2022 03:41 PM | MOF ORIGINAL | STREETT, JAMES ALBERT | |
| Entry: | *none.* | | |
| Images | No Images | | |
| | | | |
| 02/22/2022 04:18 PM | PAYMENT RECEIVED | | |
| Entry: | A Payment of $165.00 was made on receipt 58CI2081. | | |
| Images | No Images | | |
| | | | |

| 02/22/2022 04:20 PM | SUMMONS - FILER PREPARED | | |
|---|---|---|---|
| **Entry:** | ISSUED TO FAMILY DOLLAR SERVICES LLC | | |
| **Images** | SUMMONS | | |
| | | | |
| 02/22/2022 04:20 PM | SUMMONS - FILER PREPARED | | |
| **Entry:** | ISSUED TO FAMILY DOLLAR STORES OF ARKANSAS LLC | | |
| **Images** | SUMMONS | | |
| | | | |
| 02/25/2022 10:22 AM | SUMMONS FEE 21-6-402 $ | | |
| **Entry:** | none. | | |
| **Images** | No Images | | |
| | | | |
| 02/25/2022 10:22 AM | SUMMONS FEE 21-6-402 $ | | |
| **Entry:** | none. | | |
| **Images** | No Images | | |
| | | | |
| 02/25/2022 10:23 AM | PAYMENT RECEIVED | | |
| **Entry:** | A Payment of -$5.00 was made on receipt 58CI2087. | | |
| **Images** | No Images | | |
| | | | |
| 03/02/2022 03:04 PM | AFFIDAVIT OF SERVICE | STREETT, JAMES ALBERT | |
| **Entry:** | none. | | |
| **Images** | AFFIDAVIT | | |
| | | | |
| 03/02/2022 03:04 PM | EXHIBITS | STREETT, JAMES ALBERT | |
| **Entry:** | EXHIBIT A | | |
| | | | |

| Images | EXHIBITS | | |
|---|---|---|---|
| | | | |
| 03/02/2022 03:04 PM | AFFIDAVIT OF SERVICE | STREETT, JAMES ALBERT | |
| Entry: | none. | | |
| Images | AFFIDAVIT | | |
| | | | |
| 03/02/2022 03:04 PM | EXHIBITS | STREETT, JAMES ALBERT | |
| Entry: | EXHIBIT A | | |
| Images | EXHIBITS | | |
| | | | |

ELECTRONICALLY FILED
Pope County Circuit Court
Rachel Oerting, Circuit Clerk
2022-Feb-22  15:41:30
58CV-22-85
C05D04 : 18 Pages

**IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS**
**_____ DIVISION**

Randall Robertson and Julian A. Graves, both
individually and on behalf of a class of
similarly situated individuals,

    *Plaintiffs,*

    v.

Family Dollar Stores of Arkansas, LLC
Family Dollar Services, LLC,

    *Defendants.*

Case No. **58CV-22-_____**


*DEMAND FOR JURY TRIAL*

## CLASS ACTION COMPLAINT

Plaintiffs Randall Robertson and Julian A. Graves ("Plaintiffs"), individually and on behalf of all others similarly situated, by and through their undersigned counsel, bring this Class Action Complaint against Defendant Family Dollar Stores of Arkansas, LLC and Defendant Family Dollar Services, LLC (collectively referred to as "Family Dollar" or "Defendants"), and complain and allege upon personal knowledge as to themselves and their own acts and experiences and, as to all other matters, upon information and belief, including investigation conducted by their counsel as follows:

### PARTIES

1.    Plaintiffs are, and at all relevant times have been, citizens of Pope County Arkansas. Plaintiffs purchased Contaminated Products from one of Family Dollar's Affected Stores in Pope County, Arkansas on multiple occasions between January 1, 2021 and February 18, 2022. Plaintiffs suffered actual financial loss as a result of their purchase of the Contaminated Products.

2.    Defendant Family Dollar Stores of Arkansas, LLC was incorporated in Virginia

and has its principal place of business at 500 Volvo Pkwy in Chesapeake, Virginia, 23320. It is licensed to do business in Arkansas and can be served via its registered agent Corporation Service Company at 300 Spring Building, Ste. 900 in Little Rock, Arkansas, 72201.

3.      Defendant Family Dollar Services, LLC was incorporated in North Carolina and has its principal place of business at 500 Volvo Pkwy in Chesapeake, Virginia, 23320. It is licensed to do business in Arkansas and can be served via its registered agent Corporation Service Company at 300 Spring Building, Ste. 900 in Little Rock, Arkansas, 72201.

## JURISDICTION AND VENUE

4.      Pursuant to Ark. Code Ann. § 16-4-101, the Court has jurisdiction over Defendant Family Dollar Stores of Arkansas, LLC and Defendant Family Dollar Services, LLC because they are licensed to do business in Arkansas and regularly conducts business in Arkansas.

5.      Venue lies in this Court pursuant to Ark. Code Ann. § 16-60-101 as a substantial part of the events or omissions that form the basis of this Class Action Complaint occurred in Pope County, Arkansas, Defendants conducted activity that gave rise to the claims for relief in this County, and Plaintiff resides in this County.

## FACTUAL ALLEGATIONS

6.      On Friday, February 18, 2022, the U.S. Food and Drug Administration ("FDA") issued a safety information news release titled, "FDA Alerts the Public to Potentially Contaminated Products from Family Dollar Stores in Six States" (the "FDA Safety Alert") after an FDA inspection found insanitary conditions, including a rodent infestation, that could cause many of the products stored there to become contaminated.[1] A copy of the FDA's Safety Alert is attached hereto as **Exhibit A**.

---

[1] Safety Information News Release, *FDA Alerts the Public to Potentially Contaminated Products from Family Dollar Stores in Six States*, FDA, Feb. 18, 2022, available at https://www.fda.gov/news-events/press-announcements/fda-

7. The impacted products originated from the Family Dollar Distribution Center 202 located at 1800 Family Dollar Pkwy in West Memphis, Arkansas, 72301 (the "West Memphis Distribution Center"). The West Memphis Distribution Center is approximately 850,000 square feet, has approximately 500 employees, and services stores in Arkansas, Louisiana, Texas, Oklahoma, Missouri, Illinois, Kentucky, Tennessee, Georgia, Alabama, and Mississippi.[2] The West Memphis Distribution Center is depicted below:[3]



8. In early January 2022, Robert Bradford, then a Family Dollar employee at the West Memphis Distribution Center, posted videos and photographs of numerous rats inside the building, some of which were obtained by local news station WREG.[4] Mr. Bradford claims he was fired after posting a video of him trying to feed a rat online and stated the rats were everywhere inside

---

alerts-public-potentially-contaminated-products-family-dollar-stores-six-states. (**Exhibit A**).

[2] https://www.familydollar.com/locations/ar/west-memphis/dc202/.

[3] *Id.*

[4] Melissa Moon, *Another complaint about rats at Family Dollar Facilities*, WREG Memphis, Jan. 4, 2022, available at https://wreg.com/news/local/another-complaint-about-rats-at-family-dollar-facilities/.

the warehouse: "There are sixty-one aisles in the warehouse; you are going to see them from one to sixty-one. They are running around. They are on the floor, and they are in boxes."

9.      Photos captured from Mr. Bradford's video and featured WREG Memphis are below:[5]





---

[5] *Id.*

4

10.    WREG Memphis and other news outlets have continued to feature videos of rats from inside the West Memphis Distribution Center:[6]





---

[6] *See e.g.* Jordan James, *Over 1,000 dead rodents found at Family Dollar distribution center*, WREG Memphis, Feb. 19, 2022, available at https://wreg.com/news/local/over-1000-dead-rodents-found-at-family-dollar-distribution-center/.

11.    Around the same time in early January 2022, following a consumer complaint, the FDA began investigating the West Memphis Distribution Center.[7] Shortly after the FDA inspection team's arrival on-site, Family Dollar ceased distribution of products from the West Memphis Distribution Center. The inspection concluded on February 11, 2022.

12.    Seven days later, the inspection findings were described in the FDA Safety Alert:

Conditions observed during the inspection included *live rodents, dead rodents in various states of decay, rodent feces and urine, evidence of gnawing, nesting and rodent odors throughout the facility, dead birds and bird droppings, and products stored in conditions that did not protect against contamination*. More than *1,100 dead rodents* were recovered from the facility following a fumigation at the facility in January 2022. Additionally, a review of the company's internal records also indicated the collection of more than *2,300 rodents* between March 29, 2021 and September 17, 2021, demonstrating a history of infestation.

(emphasis added).

13.    "Families rely on stores like Family Dollar for products such as food and medicine. They deserve products that are safe," said Associate Commissioner for Regulatory Affairs Judith McMeekin, Pharm.D.[8] "No one should be subjected to products stored in the kind of unacceptable conditions that we found in this Family Dollar distribution facility. These conditions appear to be violations of federal law that could put families' health at risk. We will continue to work to protect consumers."

14.    According to the FDA, there are numerous hazards associated with rodents including the potential presence of Salmonella.[9] Use or consumption of affected products may present risk of illness due to the potential presence of Salmonella, an organism which can cause serious and sometimes fatal infections in infants, young children, frail or elderly people, pregnant

---

[7] Safety Information News Release, *FDA Alerts the Public to Potentially Contaminated Products from Family Dollar Stores in Six States*, FDA, Feb. 18, 2022, available at https://www.fda.gov/news-events/press-announcements/fda-alerts-public-potentially-contaminated-products-family-dollar-stores-six-states. (**Exhibit A**).
[8] *Id.*
[9] *Id.*

persons, persons with pre-existent pathology (e.g., patients with cancer undergoing chemotherapy

treatments, organ transplant recipient, etc.) and others with weakened immune systems. Healthy

persons infected with Salmonella often experience fever, diarrhea (which may be bloody), nausea,

vomiting and abdominal pain. In rare circumstances, infection with Salmonella can result in the

organism getting into the bloodstream and producing more severe illnesses such as arterial

infections (i.e., infected aneurysms), endocarditis and arthritis.

15.     Because of the unsanitary conditions, rodent infestation, and related health hazards,

the FDA advised that all FDA-regulated products sold by certain Family Dollar stores in Alabama,

Arkansas, Louisiana, Mississippi, Missouri and Tennessee from January 1, 2021, through present

are not fit for human use or consumption, including:

- **Human foods** (including dietary supplements (vitamin, herbal and mineral supplements));
- **Cosmetics** (skincare products, baby oils, lipsticks, shampoos, baby wipes), animal foods (kibble, pet treats, wild bird seed);
- **Medical devices** (feminine hygiene products, surgical masks, contact lens cleaning solutions, bandages, nasal care products);
- **Over-the-counter** (OTC) medications (pain medications, eye drops, dental products, antacids, other medications for both adults and children); and
- **Any other FDA-regulated products**.[10]

Collectively, these products are referred to as "the Contaminated Products" herein.

16.     The conditions at the West Memphis Distribution Center were such that all products

in the categories noted above were deemed contaminated by the FDA, regardless of whether the

product packaging showed signs of contact with rodents, birds, or their excrement or the packaging

itself actually came into contact with the rodents, birds, or excrement. All of the Contaminated

Products were considered dangerous and unfit for human consumption or use due to the manner

in which they were stored at the West Memphis Distribution Center.

---

[10] *Id.*

17.     The FDA Safety Alert warned that anyone who purchased a Contaminated Product and experiences health concerns should contact a health care professional right away.[11] For individuals who still have Contaminated Products in their homes, the FDA advised that these products should be thrown away:

> Consumers are advised not to use and to contact the company regarding impacted products. The agency is also advising that *all drugs, medical devices, cosmetics, and dietary supplements, regardless of packaging, be discarded. Food in non-permeable packaging (such as undamaged glass or all-metal cans) may be suitable for use if thoroughly cleaned and sanitized.* Consumers should wash their hands immediately after handling any products from the affected Family Dollar stores.[12]

(emphasis added).

18.     After the FDA Safety Alert, Family Dollar issued a "voluntary recall." [13] Family Dollar's Recall Notice is attached hereto as **Exhibit B**.   The Recall Notice advises that "[c]ustomers that may have bought affected product *may return such product* to the Family Dollar *store where they were purchased* without receipts." Family Dollar's Recall Notice indicates that "[p]roducts shipped directly to the store by the distributor or manufacturer aren't included, such as all frozen and refrigerated items."

---

[11] *Id.*

[12] *Id.*

[13] Press Release, *Family Dollar Stores Issues Voluntary Recall of Certain FDA-Regulated Products in Six States Including Drugs, Devices, Cosmetics, Foods*, Business Wire, Feb. 18, 2022, available at https://www.businesswire.com/news/home/20220218005563/en/Family-Dollar-Stores-Issues-Voluntary-Recall-of-Certain-FDA-Regulated-Products-in-Six-States-Including-Drugs-Devices-Cosmetics-Foods. (**Exhibit B**).

8

19.    In addition to its Recall Notice, Family Dollar was forced to close the 404 stores

that received shipments from the West Memphis Distribution Center ("the Affected Stores"):[14]



Family Dollar's List of 404 Affected Stores is attached hereto as **Exhibit C**.

20.    Plaintiffs and Class Members relied upon representations by Family Dollar

concerning the safety and quality of its products.

21.    Plaintiffs and Class Members paid money for the Contaminated Products.

22.    The unsanitary condition of the Contaminated Products manifested before the

Products were purchased by Plaintiff and Class Members.

23.    Because of the multitude of health hazards associated with a rodent infestation, the

Contaminated Products are worthless, and Plaintiff and Class Members did not receive any benefit

from the Contaminated Products.

---

[14] Vimal Patel, *Rodent Infestation at Family Dollar Warehouse Leads to Hundreds of Closures*, NY Times, Feb. 19, 2022, available at https://www.nytimes.com/2022/02/19/us/fda-family-dollar-recall.html; Annabelle Timsit, *Family Dollar closes 400 stores, recalls products after FDA finds decaying dead rodents in warehouse*, WA Post, Feb. 20, 2022, available at https://www.washingtonpost.com/nation/2022/02/20/family-dollar-recall-fda-rodents/; Parker King, et al., *Hundreds of Family Dollar stores closed due to rodent infestation*, WDTV West Memphis, AK, Feb. 20, 2022, available at https://www.wdtv.com/2022/02/20/hundreds-family-dollar-stores-closed-due-rodent-infestation/.

24.     Because the Contaminated Products came into contact with other products in Plaintiff and Class Members' homes, Plaintiffs and Class Members must discard additional products as well.

25.     Family Dollar unreasonably delayed issuing a recall of the Contaminated Products. Family Dollar has been aware of the problems with the West Memphis Distribution Center since at least September 2021 and the rodent infestation and unsanitary conditions described by the FDA must have been obvious to all those that entered the facility.

26.     There is evidence that Family Dollar was on notice about issues with rats long before September 2021, as Family Dollar has a disturbing history of rat infestations in its stores throughout the country.[15]

27.     Family Dollar concealed the truth about the conditions of the West Memphis Distribution Center in order to remain operational and continue to sell the Contaminated Products but failed to take reasonable steps to remedy the rodent infestation. As a result, consumers continued purchasing Contaminated Products.

---

[15] Michele Reese, *Complaints Lead to Deep Cleaning at Downtown Family Dollar*, WREG Memphis, Jan. 27, 2014, available at https://wreg.com/news/complaints-lead-to-deep-cleaning-at-downtown-family-dollar/; WRIC Newsroom, *2 local Family Dollar stores shut down to deal with rat infestations after 8News investigation*; WRIC News, June 19, 2018, available at https://www.wric.com/news/taking-action/2-local-family-dollar-stores-shut-down-to-deal-with-rat-infestations-after-8news-investigation/; Tom Sussi, *Rodent infestation forces Family Dollar store to close*, NBC4, Oct. 17, 2018, available at https://www.nbc4i.com/news/investigates/up-to-code/rodent-infestation-forces-family-dollar-store-to close/1531687075/?fb_comment_id=2191038777594942_2191103297588490; Darcy Spears, *Rats land 2 Family Dollar Stores on Dirty Dining*, KTNV, May 1, 2019, available at https://www.ktnv.com/dirtydining/rats-land-two-family-dollar-stores-on-dirty-dining; Sarafina Jones, *Man claims rat infestation at Polk County Family Dollar*, WFLA, Auburndale, Fla., Jun. 17, 2019, available at https://www.wfla.com/news/polk-county/man-claims-rat-infestation-at-polk-county-family-dollar/2081920910/;
Luke Jones, *Inspection report reveals disturbing details about rat infestation at Family Dollar store*, WREG Memphis, Jul. 23, 2019, available at https://wreg.com/news/inspection-report-reveals-disturbing-details-about-rat-infestation-at-family-dollar-store/; Sierra Webster, *Rat Infestation Shuts Down Family Dollar in Cobb County*, The Atlanta Journal Constitution, July 29, 2019, available at https://www.ajc.com/news/breaking-news/rat-infestation-shuts-down-family-dollar-cobb-county/5ZADCF7OcO9IRL4FQ87LAI/; Bria Jones, *Family Dollar worker says store infested with rats*, WREG Memphis, Jan. 3, 2022, available at https://wreg.com/news/local/family-dollar-worker-says-store-infested-with-rats/#:~:text=In%20these%20photos%20you%20can,at%204100%20South%20Plaza%20Drive.&text=The%20employee%20who%20wants%20to,store%20through%20shipments%20dropped%20off.?ipid=promo-link-block1.

28.     Even after an extraordinary delay, Plaintiffs and Class Members are not aided by

Family Dollar's recall for three reasons:

    a.   Family Dollar requires customers to return the Contaminated Products to receive a
refund, even though the FDA Safety Alert advised customers to immediately throw
away the Contaminated Products.

    b.   Family Dollar requires customers to return the Contaminated Products to the "store
where they were purchased," even though, as of filing, the Affected Stores are
closed.

    c.   Family Dollar does not include "products shipped directly to the store by the
distributor or manufacturer" in the recall but does not specify which products are
included in this category.

29.     Plaintiffs have provided Defendants pre-suit notice of Defendants' breach of the

implied warranty of merchantability and violation of the Arkansas Deceptive Trade Practices Act.

## CLASS ACTION ALLEGATIONS

30.     **Class Definition**: Plaintiffs bring this action pursuant to Ark. R. Civ. P. 23, on

behalf of themselves and a class of similarly situated individuals ("the Class"), defined as follows:

All persons who were or are citizens of the State of Arkansas who, from January 1, 2021,
through the February 18, 2022, purchased one of the Contaminated Products for household
or business use, from a Family Dollar Affected Store in Arkansas.

Excluded from the Class are: (1) Defendants, Defendants' agents, subsidiaries, parents,
successors, predecessors, and any entity in which Defendants or its parents have a
controlling interest, and those entities' current and former employees, officers, and
directors; (2) the Judge to whom this case is assigned and the Judge's immediate family;
(3) any person who executes and files a timely request for exclusion from the Class; (4)
any persons who have had their claims in this matter finally adjudicated and/or otherwise
released; and (5) the legal representatives, successors and assigns of any such excluded
person.

31.     Plaintiff's reserves the right to amend or otherwise alter the class definitions

presented to the Court at the appropriate time, or to propose subclasses, in response to facts learned

through discovery, legal arguments advanced by Defendants, or otherwise.

32.    **Numerosity**: Upon information and belief, the Class is comprised of tens of thousands of members. Thus, the Class is so numerous that joinder of all members is impracticable. Class Members can easily be identified through records of Family Dollar, or by other means.

33.    **Commonality and Predominance**: There are several questions of law and fact common to the claims of Plaintiffs and Class Members, which predominate over any individual issues, including:

a.    Whether Defendants' conduct constitutes a breach of implied warranty;

b.    Whether Defendants' conduct constitutes a breach of the Arkansas Deceptive Trade Practices Act;

c.    The appropriate class-wide measure of damages;

d.    Whether Defendants are liable for attorneys' fees and costs.

34.    **Typicality**: Plaintiffs' claims are typical of the claims of members of the Class. All claims are based on the same legal and factual issues. Plaintiffs and each of the Class Members purchased Contaminated Products from one or more of Family Dollar's Affected Stores. Defendants' conduct was uniform to Plaintiffs and all Class Members.

35.    **Adequacy of Representation**: Plaintiffs will fairly and adequately represent and protect the interests of the members of the Class, and has retained counsel competent and experienced in complex class actions. Plaintiffs have no interests antagonistic to those of any members of the Class, and Defendants have no defenses unique to Plaintiffs. The questions of law and fact common to the proposed Class predominate over any questions affecting only individual members of the Class.

36.    **Superiority**: A class action is superior to other available methods for the fair and efficient adjudication of this controversy. The expense and burden of individual litigation would

make it impracticable or impossible for proposed members of the Class to prosecute their claims

individually. The trial and the litigation of Plaintiff's claims are manageable.

## CAUSES OF ACTION

### FIRST CLAIM FOR RELIEF
**Breach of Implied Warranty of Merchantability, Ark. Code Ann. §§ 4-2-103, *et seq.***
(On behalf of Plaintiffs and the Class)

37.     Plaintiff's incorporates by reference all of the above allegations as if set forth

herein.

38.     Plaintiff and Class Members are "buyers" within the meaning of Arkansas's implied

warranty statutes. Ark. Code Ann. § 4-2-103(1).

39.     Defendants are "sellers," and the Contaminated Products are a "consumer good."

Ark. Code Ann. §§ 4-2-103(1) & (3).

40.     Defendants impliedly warranted to Plaintiff and Class Members that the Product

was "merchantable." Ark. Code Ann. § 4-2-314.

41.     The FDA's inspection findings and subsequent safety communications concerning

the West Memphis Distribution Center establish the minimum standards of fitness and show that

the Contaminated Products do meet those standards.

42.     At the time of sale, the Contaminated Products were not fit for the ordinary

purposes for which such goods are sold and were adequately contained, packaged, and labeled.

Ark. Code Ann. § 4-2-314(2)(c). The Contaminated Products do not have the quality that a buyer

would reasonably expect and were therefore not merchantable.

43.     Plaintiffs and Class Members have been injured by their purchase of an

unmerchantable product that is worthless and poses a danger to human health.

44.    The unmerchantable condition of the Contaminated Products proximately caused Plaintiffs and Class Members' injury.

45.    As Family Dollar customers, Plaintiffs and Class members are among those Defendants might reasonably expect to use the Contaminated Products.

46.    Any attempt by Defendants to disclaim the implied warranty of merchantability is unenforceable, as the disclaimer failed to mention the implied warranty of merchantability and was not conspicuous as required by law, and was both procedurally and substantively unconscionable, rendering it unenforceable.

47.    Plaintiffs and Class Members are entitled to damages and other legal and equitable relief, including, at their election, the purchase price of the product.

## SECOND CLAIM FOR RELIEF
### Unjust Enrichment
(On behalf of Plaintiffs and the Class)

48.    Plaintiffs incorporates by reference all of the above allegations as if set forth herein.

49.    Under Arkansas law, unjust enrichment can be found when a party has received something of value to which he was not entitled by operative act, intent, or situation to make the enrichment unjust and compensable.

50.    Through their concealment of the true condition of the Contaminated Products, Defendants have been unjustly enriched at the expense of Plaintiffs and Class Members. Because of Defendants' scheme, the Plaintiffs and Class Members have purchased worthless goods which pose a danger to human health. Permitting Defendants to retain overpayments it fraudulently procured would be unjust and inequitable.

51.    Plaintiffs and the Class seek restitution of the sum, to be determined at trial, by which Defendants have been unjustly enriched and other damages permitted by law.

14

### THIRD CLAIM FOR RELIEF
**Violation of the Arkansas Deceptive Trade Practices Act, Ark. Code Ann. §§ 4-88-101, *et seq*.**
**(On behalf of Plaintiffs)**

52.      Plaintiffs incorporates by reference all of the above allegations as if set forth herein.

53.      Plaintiffs and Defendants are "[p]erson[s]" within the meaning of the Arkansas Deceptive Trade Practices Act ("ADTPA"). Ark. Code Ann. § 4-88-102(5).

54.      The Contaminated Products are "[g]oods" under the ADTPA. Ark.Code Ann. § 4-88-102(4).

55.      Defendants advertised, offered, or sold goods or services in Arkansas and engaged in trade or commerce directly or indirectly affecting the people of Arkansas. Ark. Code Ann. § 4-88-107.

56.      The ADTPA prohibits "[k]nowingly making a false representation as to…whether goods are…of a particular standard, quality, grade, style or model;…[and/or] [e]ngaging in any other unconscionable, false, or deceptive act or practice." Ark. Code Ann. §§ 4-88-107(a)(1), (10).

57.      The ADTPA also prohibits "[a]dvertising…goods…with the intent not to sell them as advertised[.]" Ark. Code Ann. § 4-88-107(a)(3).

58.      In connection with the "sale or advertisement of any goods," it is unlawful under the ADTPA to "act, use, or employ[]…any deception, fraud, or false pretense" and/or to "conceal[], suppress[], or omi[t]…any material fact with intent that others reply upon the concealment, suppression, or omission…[.]" Ark. Code Ann. §§ 4-88-108(a)(1)-(2).

59.      Defendants' conduct is in violation of the ADTPA constituting deceptive and unconscionable trade practice because Defendants knowingly and intentionally made representations to Plaintiffs that amounted to deception, fraud, false pretenses, false promise, misrepresentation, unfair practice, or the concealment, suppression, or omission of the material

15

fact that the Contaminated Products were stored in such unsanitary conditions that they are unfit for human consumption or use, are worthless, and should be discarded.

60.  Defendants were well aware of the conditions of the West Memphis Distribution Center prior to the February 18, 2022, recall, and were put on notice by at least September 2021 of those conditions.

61.  Defendants failed to put policies and procedures in place to maintain the conditions required for food storage.

62.  In the course of Defendants' business, it misrepresented, failed to disclose, and actively concealed the condition of the Contaminated Products with the intent that consumers rely on that concealment in deciding whether to purchase the Contaminated Products.

63.  By intentionally concealing the conditions of the West Memphis Distribution Center while advertising the Contaminated Products as safe, Defendants engaged in deceptive acts or practices in violation of the ADTPA.

64.  Defendants' deceptive acts or practices were materially misleading. Defendants' conduct was likely to and did deceive reasonable consumers, including Plaintiffs, about the true condition of the Contaminated Products.

65.  Plaintiffs was unaware of, and lacked a reasonable means of discovering, the material facts that Defendants suppressed.

66.  Plaintiffs suffered "actual financial loss." Ark. Code Ann. § 4-88-113(1).

67.  Defendants' unlawful and misleading conduct concerns widely purchased consumer goods and affects the public interest. Defendants' conduct includes unlawful and misleading acts or practices that have and had the capacity to deceive consumers and are harmful to the public at large.

16

68.    As a result of Defendants' ADTPA violations, Plaintiffs is entitled to recover actual damages, as well as reasonable attorneys' fees.

### REQUEST FOR RELIEF

WHEREFORE, Plaintiffs, individually and on behalf of the other members of the Classes proposed in this Class Action Complaint, pray for judgment and relief against Defendants as follows:

a)  For an order declaring: (i) this is a class action pursuant to Rule 23 of the Arkansas Rules of Civil Procedure on behalf of the proposed Class described herein; and (ii) appointing Plaintiffs to serve as representatives for the Class and Plaintiffs's counsel to serve as Class Counsel;

b)  For an order awarding restitution of the monies Defendants wrongfully acquired by its illegal and deceptive conduct;

c)  For an order requiring disgorgement of the monies Defendants wrongfully acquired by its illegal and deceptive conduct;

d)  For compensatory and punitive damages, including actual and statutory damages, arising from Defendants' wrongful conduct and illegal conduct;

e)  For an award of reasonable attorneys' fees and costs and expenses incurred in the course of prosecuting this action; and

f)  For such other and further relief as the Court deems just and proper.

### JURY DEMAND

Plaintiffs demands a trial by jury of all claims in this Class Action Complaint so triable.

DATED: February 22, 2022                Respectfully submitted,
                                        STREETT LAW FIRM, P.A

17

By:___/s/James A. Streett
James A. Streett,  AR Bar No. 2007092
STREETT LAW FIRM, P.A.
107 West Main
Russellville, AR 72801
(479) 968-2030(479) 968-6253 (FAX)
james@streettlaw.com

AND

By:/s/    J.Gerard Stranch, IV

J. Gerard Stranch, IV (BPR #023045)
(pending Pro Hac vice)
Benjamin A. Gastel (BPR# 028699)
(pending Pro Hac vice)
Janna Maples (BPR# 032612)
(pending Pro Hac vice)
BRANSTETTER, STRANCH & JENNINGS, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN  37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@bsjfirm.com
beng@bsjfirm.com
jannam@bsjfirm.com

*ATTORNEYS FOR PLAINTIFFSS*

ELECTRONICALLY FILED
Pope County Circuit Court
Rachel Oertling, Circuit Clerk
2022-Feb-22  15:41:30
68CV-22-85
C05D04 : 2 Pages

# Family Dollar Stores Issues Voluntary Recall of Certain FDA-Regulated Products in Six States Including Drugs, Devices, Cosmetics, Foods

businesswire.com/news/home/20220218005663/en/Family-Dollar-Stores-Issues-Voluntary-Recall-of-Certain-FDA-Regulated-Products-in-Six-States-Including-Drugs-Devices-Cosmetics-Foods

February 19, 2022

## FAMILY DOLLAR

CHESAPEAKE, Va.--(BUSINESS WIRE)--Family Dollar, Inc. is initiating a voluntary retail level product recall of certain products regulated by the U.S. Food and Drug Administration (FDA) that were stored and shipped to 404 stores from Family Dollar Distribution Center 202 in West Memphis, Arkansas from January 1, 2021 through the present due to the presence of rodents and rodent activity at Family Dollar Distribution Center 202.

There are numerous hazards associated with rodents including the potential presence of *Salmonella*. Use or consumption of affected products may present risk of illness due to the potential presence of *Salmonella*, an organism which can cause serious and sometimes fatal infections in infants, young children, frail or elderly people pregnant persons, persons with pre-existent pathology (e.g., patients with cancer undergoing chemotherapy treatments, organ transplant recipient, etc.) and others with weakened immune systems. Healthy persons infected with *Salmonella* often experience fever, diarrhea (which may be bloody), nausea, vomiting and abdominal pain. In rare circumstances, infection with *Salmonella* can result in the organism getting into the bloodstream and producing more severe illnesses such as arterial infections (*i.e.*, infected aneurysms), endocarditis and arthritis.

To date, Family Dollar is not aware of any consumer complaints or reports of illness related to this recall.

Products covered by this retail level recall include all: (i) drugs; (ii) medical devices; (iii) cosmetics; (iv) dietary supplements; and (v) human and animal (pet) food products. The recall does not apply to products shipped directly to the stores by the distributor or manufacturer, such as all frozen and refrigerated items. The 404 stores to which this recall applies are listed on the attached schedule. The recall does not apply to other store locations.

Family Dollar is notifying its affected stores by letter asking them to check their stock immediately and to quarantine and discontinue the sale of any affected product. Customers that may have bought affected product may return such product to the Family Dollar store where they were purchased without receipt.

Customers with questions regarding this recall may contact Family Dollar Customer Service at 844-636-7687 between 9am and 5pm EST. Customers should contact their physician or health care provider if they have experienced any problems that may be related to using these products. Customers with concerns about their pets who have eaten the recalled animal food products should contact their veterinarian.

Adverse reactions or quality problems experienced with the use of these products may be reported to the FDA as follows:

- Complete and submit the report **online: www.fda.gov/medwatch/report.htm**
- **Regular Mail or Fax**: Download form **www.fda.gov/MedWatch/getforms.htm**or call 1-800-332-1088 to request a reporting form, then complete and return to the address on the pre-addressed form or submit by fax to 1-800-FDA-0178.
- https://www.fda.gov/safety/report-problem-fda

This voluntary retail level recall is being conducted with the knowledge of the U.S. Food and Drug Administration.

**About Family Dollar**

For more than 60 years, Family Dollar has been providing value and convenience to customers in easy-to-shop neighborhood locations. Family Dollar's mix of name brands, and quality, private brand merchandise appeals to shoppers in approximately 8,000 stores in rural and urban settings across 48 states. Helping families save on the items they need with everyday low prices creates a strong bond with customers who refer to their neighborhood store as "my Family Dollar." Family Dollar is a wholly-owned subsidiary of Dollar Tree, Inc. headquartered in Chesapeake, Virginia. For more information, please visit FamilyDollar.com.



ELECTRONICALLY FILED
Pope County Circuit Court
Rachel Oertling, Circuit Clerk
2022-Feb-22  15:41:30
58CV-22-85
C05D04 : 11 Pages

## Schedule 1

### Alabama Stores

| Store Num. | Street Address | City | State | Zip |
|---|---|---|---|---|
| 567 | 35 MEMORIAL PKY E | ALICEVILLE | AL | 35442-2155 |
| 12825 | 15704 AL HIGHWAY 216 | BROOKWOOD | AL | 35444 |
| 12505 | 206 GREENSBORO STREET | EUTAW | AL | 35462 |
| 868 | 303 S. MAIN ST. | LINDEN | AL | 36748-1725 |
| 9012 | 1307 NORTH WASHINGTON STREET | LIVINGSTON | AL | 35470 |
| 8919 | P O BOX 308 | MOUNDVILLE | AL | 35474 |
| 12506 | 5705 US HIGHWAY 278 | SULLIGENT | AL | 35586 |
| 639 | 524 14TH ST | TUSCALOOSA | AL | 35401-3434 |
| 3812 | 1507 CULVER RD | TUSCALOOSA | AL | 35401-2632 |
| 10460 | 2515 MARTIN LUTHER KING JR BLV | TUSCALOOSA | AL | 35401 |
| 11726 | 3851 GREENSBORO AVENUE | TUSCALOOSA | AL | 35405-2846 |
| 12679 | 1525 SKYLAND BLVD EAST | TUSCALOOSA | AL | 35405-4231 |
| 2714 | 9598 HIGHWAY 18 | VERNON | AL | 35592-1527 |
| 9013 | 700 4TH AVENUE | YORK | AL | 36925 |

### Arkansas Stores

| Store Num. | Street Address | City | State | Zip |
|---|---|---|---|---|
| 11135 | 1550 PINE STREET | ARKADELPHIA | AR | 71923 |
| 8376 | 603 NORTH CHURCH ST. | ATKINS | AR | 72823 |
| 985 | 1275 E MAIN ST | BATESVILLE | AR | 72501-3018 |
| 4378 | 2001 W MAIN ST | BLYTHEVILLE | AR | 72315-3033 |
| 4239 | 1421  PINECREST STREET | BRINKLEY | AR | 72021-0000 |
| 11116 | 1302 S PINE STREET | CABOT | AR | 72023-3812 |
| 1197 | 216 CALIFORNIA AVENUE | CAMDEN | AR | 71701 |
| 4154 | 300 MADISON ST | CLARENDON | AR | 72029-2718 |
| 6613 | P.O. BOX 265 | CLARKSVILLE | AR | 72830 |
| 1068 | 254 OAK ST | CONWAY | AR | 72032 |
| 2899 | 308 C PINE STREET | CROSSETT | AR | 71635-2910 |
| 9296 | 301 E 8TH STREET | DANVILLE | AR | 72833 |
| 10410 | 205 E SPEEDWAY STREET | DERMOTT | AR | 71638 |
| 12661 | 1602 MAIN STREET | DES ARC | AR | 72040-3116 |
| 601 | 300 S. WHITEHEAD DRIVE | DEWITT | AR | 72042 |
| 11229 | 439 E CHOCTAW STREET | DUMAS | AR | 71639-2319 |
| 2994 | 17668 US HIGHWAY 64 | EARLE | AR | 72331 |
| 1467 | 424 N WEST AVE | EL DORADO | AR | 71730-5938 |
| 4396 | 1005 E FORDYCE ST | ENGLAND | AR | 72046-1417 |

500 Volvo Parkway, Chesapeake, VA 23320
Main (757) 321-5000    Fax (757) 321-5949

**FAMILY DOLLAR.**

| 3026 | 2963 S HWY 65 | EUDORA | AR | 71640 |
|---|---|---|---|---|
| 1048 | 1007 W 4TH ST | FORDYCE | AR | 71742-2217 |
| 4112 | 228 W BROADWAY ST | FORREST CITY | AR | 72335 |
| 3278 | 802 E MAIN ST STE 1 | GREEN FOREST | AR | 72638 |
| 10609 | 506 E. MAIN ST. | GURDON | AR | 71743-1244 |
| 13122 | 700 N  MAIN STREET | HAMBURG | AR | 71646-2718 |
| 11148 | 214 S LEE STREET | HAMPTON | AR | 71744 |
| 4251 | 608 N ILLINOIS ST | HARRISBURG | AR | 72432-1248 |
| 1526 | 640 MALVERN AVE | HOT SPRINGS | AR | 71901-5432 |
| 3261 | 3339 CENTRAL AVE | HOT SPRINGS | AR | 71913-6279 |
| 6016 | 899 PARK AVE | HOT SPRINGS | AR | 71901-3004 |
| 8473 | 3242 ALBERT PIKE RD | HOT SPRINGS | AR | 71913 |
| 5598 | 1700 S HIGHWAY 161 | JACKSONVILLE | AR | 72076-5509 |
| 3527 | 106 S GEE ST | JONESBORO | AR | 72403-2519 |
| 12892 | 1218 N HIGHWAY65 | LAKE VILLAGE | AR | 71653-7563 |
| 12823 | 325 W  BROAD STREET | LEPANTO | AR | 72354-2203 |
| 708 | 801 E. ROOSEVELT ROAD | LITTLE ROCK | AR | 72206-2410 |
| 1314 | 4514 W 12TH ST | LITTLE ROCK | AR | 72204-1924 |
| 1478 | 3500 BASELINE ROAD | LITTLE ROCK | AR | 72209 |
| 2769 | 8824 GEYER SPRINGS RD | LITTLE ROCK | AR | 72209-4701 |
| 3632 | 3901 S UNIVERSITY AVE | LITTLE ROCK | AR | 72204-7832 |
| 3762 | 20290 ARCH ST | LITTLE ROCK | AR | 72206-9217 |
| 4825 | 1711 MAIN ST | LITTLE ROCK | AR | 72206-1471 |
| 5771 | 8510 COLONEL GLENN RD | LITTLE ROCK | AR | 72204-8229 |
| 7191 | 5200 WEST 65TH ST | LITTLE ROCK | AR | 72209-3818 |
| 8936 | 10422 CHICOT ROAD | LITTLE ROCK | AR | 72209 |
| 11390 | 2408 DR MARTIN LUTHER KING JR | LITTLE ROCK | AR | 77206-2079 |
| 9371 | 404 E PAGE AVENUE | MALVERN | AR | 72104 |
| 1037 | 286 W CHESTNUT ST | MARIANNA | AR | 72360-2132 |
| 2295 | 138 BLOCK ST | MARION | AR | 72364-1956 |
| 10820 | P.O. BOX 65 | MARVELL | AR | 72366 |
| 12712 | 652 HIGHWAY 365 | MAYFLOWER | AR | 72106-9630 |
| 602 | 606 HOLLY STREET | MCGEHEE | AR | 71654 |
| 12754 | 609 E MAIN STREET | MELBOURNE | AR | 72556-8031 |
| 11091 | 620 W GAINES STREET | MONTICELLO | AR | 71655 |
| 12749 | 1313 E BROADWAY | MORRILTON | AR | 72110 |
| 741 | 2633 PIKE AVE | N LITTLE ROCK | AR | 72114-1926 |
| 1921 | 4149 E BROADWAY ST | N LITTLE ROCK | AR | 72117-4120 |

4



| 6314 | 4204 CAMP ROBINSON RD | N LITTLE ROCK | AR | 72118-4610 |
|---|---|---|---|---|
| 10170 | 2121 HIGHWAY 161 | N LITTLE ROCK | AR | 72117-3707 |
| 10531 | 715 E BROADWAY STREET | N LITTLE ROCK | AR | 72114-5764 |
| 5472 | 4143 JOHN F. KENNEDY BLVD | NORTH LITTLE ROCK | AR | 72116-8264 |
| 12112 | 5613 MACARTHUR DRIVE | NORTH LITTLE ROCK | AR | 72118 |
| 12842 | 1051 W KEISER | OSCEOLA | AR | 72370-2914 |
| 1109 | 300 W KINGS HIGHWAY | PARAGOULD | AR | 72450-4229 |
| 2436 | 416 S FOURCHE AVE | PERRYVILLE | AR | 72126-8005 |
| 1105 | 2801 S OLIVE ST | PINE BLUFF | AR | 71603-5439 |
| 3782 | 5316 DOLLARWAY RD | PINE BLUFF | AR | 71602-4013 |
| 4955 | 1113 S BLAKE ST | PINE BLUFF | AR | 71603-2315 |
| 5604 | 3100 W 28TH AVE | PINE BLUFF | AR | 71603-4805 |
| 8153 | 1607 E HARDING AVE. | PINE BLUFF | AR | 71601-6823 |
| 11882 | 1169 W 16TH AVE | PINE BLUFF | AR | 71603 |
| 4153 | 2104 HIGHWAY 62 W | POCAHONTAS | AR | 72455-3640 |
| 4009 | 1200 S KNOXVILLE AVE | RUSSELLVILLE | AR | 72802-6401 |
| 2686 | 2223 W BEEBE CAPPS EXPY | SEARCY | AR | 72143-5018 |
| 12562 | 601 S LINCOLN | STAR CITY | AR | 71667 |
| 8952 | 1823 S. MAIN STREET | STUTTGART | AR | 72160-6012 |
| 2096 | 443 HIGHWAY 463 S | TRUMANN | AR | 72472 |
| 12780 | 10 EAGLE STREET | VILONIA | AR | 72173 |
| 3956 | 500 SW FRONT ST | WALNUT RIDGE | AR | 72476-2637 |
| 1256 | 317 S MARTIN ST | WARREN | AR | 71671-2817 |
| 1294 | 233 N SEBASTIAN ST | WEST HELENA | AR | 72390-2447 |
| 785 | 2113 E BROADWAY ST | WEST MEMPHIS | AR | 72301-3454 |
| 3180 | 209 SHOPPINGWAY BLVD STE B | WEST MEMPHIS | AR | 72301-1733 |
| 11802 | 420 S AVALON STREET | WEST MEMPHIS | AR | 72301 |
| 798 | P O BOX 591 | WYNNE | AR | 72396-0591 |
| **Louisiana Stores** | | | | |
| **Store Num.** | **Street Address** | **City** | **State** | **Zip** |
| 906 | 232 BOLTON AVE | ALEXANDRIA | LA | 71301-7126 |
| 6568 | 2501 3RD ST | ALEXANDRIA | LA | 71302-6102 |
| 8397 | 1801 HAZEL ST | ARCADIA | LA | 71001-4131 |
| 10819 | 1022 COTEAU RODAIRE HIGHWAY | ARNAUDVILLE | LA | 70512 |
| 749 | 810 MAIN ST | BAKER | LA | 70714-3442 |
| 917 | 542 N WASHINGTON ST | BASTROP | LA | 71220-3040 |
| 6150 | 1714 E MADISON AVE | BASTROP | LA | 71220-4032 |
| 11090 | 8027 SCENIC HIGHWAY | BATON ROUGE | LA | 70807-4926 |

5

500 Volvo Parkway, Chesapeake, VA 23320
Main (757) 321-5000   Fax (757) 321-5949



| 11753 | 6910 MICKENS ROAD | BATON ROUGE | LA | 70811-5937 |
|---|---|---|---|---|
| 10832 | 60 WEST 4TH STREET | BERNICE | LA | 71222 |
| 3542 | 904 REES ST  STE B | BREAUX BRIDGE | LA | 70517-4514 |
| 4432 | P.O. BOX 308 | BREAUX BRIDGE | LA | 70517 |
| 11871 | 3047 GRAND POINT HIGHWAY | BREAUX BRIDGE | LA | 70517 |
| 12005 | 1802 ANSE BROUSSARD HWY | BREAUX BRIDGE | LA | 70517 |
| 707 | 816 NW MAIN ST | BUNKIE | LA | 71322-1644 |
| 7631 | 161 HIGHWAY 80 EAST | CALHOUN | LA | 71225-9147 |
| 877 | 631 VETERANS MEMORIAL DRIVE | CARENCRO | LA | 70520-3620 |
| 9337 | P.O. BOX 537 | CARENCRO | LA | 70520 |
| 11174 | 2405 HWY 93 | CARENCRO | LA | 70520 |
| 12829 | 1045 HIGHWAY 107 | CENTER POINT | LA | 71323 |
| 8256 | 1234 HWY 4 | CHATHAM | LA | 71226 |
| 2562 | 336 S. MAIN STREET | CHURCH POINT | LA | 70525 |
| 5417 | 9203 HWY 67 | CLINTON | LA | 70722 |
| 1852 | 7741 HWY 165 | COLUMBIA | LA | 71418-3323 |
| 5365 | 409 CHOUPIQUE LN | COTTONPORT | LA | 71327-3737 |
| 8495 | 807 BROADWAY DR. | DELHI | LA | 71232 |
| 12463 | 12905 LA 28 EAST | DEVILLE | LA | 71328 |
| 5281 | 505 S MAIN ST | FARMERVILLE | LA | 71241-3215 |
| 664 | 504 E WALLACE RD | FERRIDAY | LA | 71334-3223 |
| 8482 | 6194 HIGHWAY 10 | GREENSBURG | LA | 70441 |
| 12194 | 707 HWY 8 | HARRISONBURG | LA | 71340 |
| 2596 | 3000 HIGHWAY 10 | JACKSON | LA | 70748-1409 |
| 8568 | 448 OLD WINNFIELD RD | JONESBORO | LA | 71251-3855 |
| 650 | 1904 4TH STREET | JONESVILLE | LA | 71343 |
| 5732 | 512 AVENUE G | KENTWOOD | LA | 70444-2726 |
| 1126 | 2009 W UNIVERSITY AVE | LAFAYETTE | LA | 70506-2576 |
| 1714 | 107 CARMEL AVE | LAFAYETTE | LA | 70501-5001 |
| 2766 | 2228 AMBASSADOR CAFFERY PKY | LAFAYETTE | LA | 70506-3705 |
| 4746 | 1100 W WILLOW ST | LAFAYETTE | LA | 70501-1779 |
| 7526 | 3550 W PINHOOK RD | LAFAYETTE | LA | 70508-3607 |
| 10333 | 4301 MOSS ROAD | LAFAYETTE | LA | 70507 |
| 11563 | 501 E PINHOOK ROAD | LAFAYETTE | LA | 70501 |
| 11630 | 3841 W CONGRESS STREET | LAFAYETTE | LA | 70506 |
| 11808 | 1944 MOSS STREET | LAFAYETTE | LA | 70501-2118 |
| 649 | 300 SPARROW ST | LAKE PROVIDENCE | LA | 71254-3034 |
| 11404 | 10251 PREJEAN HIGHWAY | LAWTELL | LA | 70550 |

6



| 4096 | 8389 HWY 190 SE | LIVONIA | LA | 70755 |
|------|------|------|------|------|
| 5221 | P O BOX 6 | MANSURA | LA | 71350-0006 |
| 941 | 355 W TUNICA DR | MARKSVILLE | LA | 71351-2605 |
| 834 | 1421 WINNSBORO RD | MONROE | LA | 71202-4523 |
| 1262 | 3038 DESIARD ST | MONROE | LA | 71201-7210 |
| 3003 | 7916 DESIARD ST | MONROE | LA | 71203-4936 |
| 4788 | 3390 STERLINGTON RD | MONROE | LA | 71203-2522 |
| 7850 | 1420 HOSPITAL ROAD | NEW ROADS | LA | 70760 |
| 11251 | 401 ELM STREET | NEW ROADS | LA | 70760-3001 |
| 12784 | 1106 VERONA STREET | NEWELLTON | LA | 71357 |
| 8736 | 310 WEST MAIN STREET | OAK GROVE | LA | 71263 |
| 813 | 209 NATCHEZ BLVD | OPELOUSAS | LA | 70570-6524 |
| 3133 | 933 CRESSWELL LN | OPELOUSAS | LA | 70570-5819 |
| 5033 | 718 S UNION ST | OPELOUSAS | LA | 70570-6028 |
| 5892 | 1322 W LANDRY ST | OPELOUSAS | LA | 70570-3455 |
| 11788 | 8311 HIGHWAY 71 N | PINEVILLE | LA | 71360-2752 |
| 12405 | 8016 RIDGE STREET | POLLOCK | LA | 71467 |
| 11324 | 12902 HIGHWAY 190 W | PORT ALLEN | LA | 70767 |
| 4831 | 17491 HIGHWAY 190 | PORT BARRE | LA | 70577-5126 |
| 3936 | 1910 JULIA STREET | RAYVILLE | LA | 71269-5516 |
| 5006 | 3296 HWY 165 SOUTH | RICHWOOD | LA | 71202 |
| 11596 | 2610 RICHWOOD ROAD 2 | RICHWOOD | LA | 71202 |
| 8007 | 612 S MONROE ST | RUSTON | LA | 71270 |
| 11435 | 601 E GEORGIA AVENUE | RUSTON | LA | 71270-3930 |
| 5581 | 5620 CAMERON ST | SCOTT | LA | 70583-5200 |
| 11622 | 1061 RENAUD DRIVE | SCOTT | LA | 70583 |
| 12171 | 9447 HIGHWAY 80 | SIMSBORO | LA | 71275-3002 |
| 12863 | 1101  PLANK RD | ST. JOSEPH | LA | 71366 |
| 9032 | 10008 HIGHWAY 165 N | STERLINGTON | LA | 71280 |
| 5020 | 122 OAK TREE PARK DR | SUNSET | LA | 70584 |
| 717 | 300 N CHESTNUT ST | TALLULAH | LA | 71282-3712 |
| 670 | 1919 CARTER ST. | VIDALIA | LA | 71373 |
| 4433 | 710 W MAIN ST | VILLE PLATTE | LA | 70586-4326 |
| 5470 | 553 VETERANS BLVD | WASHINGTON | LA | 70589 |
| 835 | 117 SMITH ST | WEST MONROE | LA | 71292-6046 |
| 5335 | 1202 CYPRESS ST | WEST MONROE | LA | 71291-2840 |
| 8935 | 3002 CYPRESS STREET | WEST MONROE | LA | 71291 |
| 11335 | 5075 CYPRESS STREET | WEST MONROE | LA | 71291 |

500 Volvo Parkway, Chesapeake, VA 23320
Main (757) 321-5000     Fax (757) 321-5949

**FAMILY DOLLAR.**

| 11721 | 5872 JONESBORO ROAD | WEST MONROE | LA | 71292 |
|---|---|---|---|---|
| 1165 | 815 W COURT ST | WINNFIELD | LA | 71483-2637 |
| 9066 | 3636 FRONT STREET | WINNSBORO | LA | 71295-2224 |
| 9361 | 139 MAPLE STREET | WISNER | LA | 71378 |
| 8795 | P.O. BOX 1346 | YOUNGSVILLE | LA | 70592 |
| 7706 | 4950 HWY 19 | ZACHARY | LA | 70791 |
| **Missouri Stores** | | | | |
| **Store Num.** | **Street Address** | **City** | **State** | **Zip** |
| 9411 | 601 S MAIN STREET | CHARLESTON | MO | 63834 |
| 2388 | 312 W STODDARD ST | DEXTER | MO | 63841-1536 |
| 12555 | 125 PRAIRIE DRIVE | EAST PRAIRIE | MO | 63845 |
| 3524 | 401 FIRST ST | KENNETT | MO | 63857 |
| 2575 | 1031 E MALONE AVE | SIKESTON | MO | 63801 |
| 9188 | 209 W MALONE AVENUE | SIKESTON | MO | 63801 |
| 12816 | 1409 MAIN STREET | VAN BUREN | MO | 63965 |
| 1194 | 1308 PORTER WAGONER BLVD | WEST PLAINS | MO | 65775 |
| **Mississippi Stores** | | | | |
| **Store Num.** | **Street Address** | **City** | **State** | **Zip** |
| 4127 | 103 HIGHWAY 45 N | ABERDEEN | MS | 39730-2305 |
| 12611 | 222 MABUS STREET | ACKERMAN | MS | 39735 |
| 2324 | 209 N 2ND AVE | BALDWYN | MS | 38824-1810 |
| 10384 | 4168 HIGHWAY 42 | BASSFIELD | MS | 39421 |
| 3246 | 116 HIGHWAY 51 N | BATESVILLE | MS | 38606-2347 |
| 2985 | 2760D HIGHWAY 15 | BAY SPRINGS | MS | 39422 |
| 5124 | P.O. BOX 1143 | BELMONT | MS | 38827-1143 |
| 1104 | 620 E FIRST ST | BELZONI | MS | 39038-3406 |
| 2180 | 304 E GOVERNMENT ST | BRANDON | MS | 39042-3262 |
| 10767 | 600 E MONTICELLO ST. | BROOKHAVEN | MS | 39601 |
| 3506 | 1074 E PEACE ST | CANTON | MS | 39046-4026 |
| 10265 | 1131 W PEACE STREET | CANTON | MS | 39046 |
| 11902 | 3376 N. LIBERTY STREET | CANTON | MS | 39046-3717 |
| 642 | PO BOX 1029 | CENTREVILLE | MS | 39631-1029 |
| 3303 | 310 W MAIN ST | CHARLESTON | MS | 38921-2231 |
| 849 | 620 S STATE ST | CLARKSDALE | MS | 38614-6322 |
| 5493 | 1032 N STATE ST | CLARKSDALE | MS | 38614-6524 |
| 3508 | 406 S DAVIS AVENUE | CLEVELAND | MS | 38732-3412 |
| 3514 | 222 CLINTON BLVD | CLINTON | MS | 39056-5126 |
| 7819 | 816 MAIN STREET | COLLINS | MS | 39428 |

500 Volvo Parkway, Chesapeake, VA 23320
Main (757) 321-5000    Fax (757) 321-5949



| 674 | 1412 MAIN ST | COLUMBUS | MS | 39701-4970 |
|---|---|---|---|---|
| 7451 | 202 ALABAMA ST | COLUMBUS | MS | 39702 |
| 12672 | 60 MIKE PARRA RD | COLUMBUS | MS | 39705-1292 |
| 2941 | P. O. BOX 542 | CRYSTAL SPRINGS | MS | 39059-0267 |
| 12882 | 14916 HIGHWAY 16 W | DE KALB | MS | 39328 |
| 12695 | 15458 HIGHWAY 15 | DECATUR | MS | 39327 |
| 545 | 144 W PARK AVE | DREW | MS | 38737-0443 |
| 1152 | 369 E MADISON ST | DURANT | MS | 39063-3713 |
| 8842 | 1960 VETERAN'S MEMORIAL BLVD S | EUPORA | MS | 39744 |
| 12656 | 101 MANSKER DRIVE | FLORA | MS | 39071 |
| 12548 | 1409 S ADAMS STREET | FULTON | MS | 38843 |
| 8769 | 437 N CAPTAIN GLOSTER DR | GLOSTER | MS | 39638 |
| 12291 | 9563 MAIN ST. | GOODMAN | MS | 39079 |
| 547 | 110 N HARVEY ST | GREENVILLE | MS | 38701-3713 |
| 4820 | 2101 HIGHWAY 82 E | GREENVILLE | MS | 38703-6029 |
| 8658 | 1443 MLK BLVD S. | GREENVILLE | MS | 38703 |
| 12334 | 1325 HWY 82 W | GREENVILLE | MS | 38701 |
| 2783 | 700 HIGHWAY 7 N | GREENWOOD | MS | 38930 |
| 11610 | 320 HIGHWAY 82 W | GREENWOOD | MS | 38930 |
| 5068 | 1815 COMMERCE ST | GRENADA | MS | 38901-5106 |
| 10222 | 100 N DR. MLK JR. BLVD. | GRENADA | MS | 38901 |
| 8553 | 20014 HWY 53 | GULFPORT | MS | 39503 |
| 12872 | 40055 HAMILTON RD | HAMILTON | MS | 39746 |
| 1119 | 215 BROADWAY DR | HATTIESBURG | MS | 39401-5083 |
| 4302 | 130 TRADE CENTER LN | HAZELHURST | MS | 39083-2319 |
| 2801 | 1002 EAST AVE N | HOLLANDALE | MS | 38748-3222 |
| 632 | 183 N. MEMPHIS STREET | HOLLY SPRINGS | MS | 38635-2257 |
| 9228 | 3230 GOODMAN ROAD W | HORN LAKE | MS | 38637 |
| 3724 | 903C HWY 82 E | INDIANOLA | MS | 38751-2325 |
| 559 | 3204 MEDGAR EVERS BOULEVARD | JACKSON | MS | 39213-6842 |
| 1695 | 3140 W NORTHSIDE DRIVE | JACKSON | MS | 39213 |
| 3177 | 4445 N STATE ST | JACKSON | MS | 39206-5306 |
| 3921 | 2566 ROBINSON ST STE B | JACKSON | MS | 39209-7029 |
| 3993 | 516 NAKOMA DR | JACKSON | MS | 39206-3332 |
| 5171 | 3366 TERRY RD | JACKSON | MS | 39212-4953 |
| 5213 | 320 W WOODROW WILSON AVE | JACKSON | MS | 39213-7649 |
| 5535 | 2019A RAYMOND RD | JACKSON | MS | 39204-4131 |
| 5870 | 3111 W CAPITAL ST | JACKSON | MS | 39209-4204 |

9

500 Volvo Parkway, Chesapeake, VA 23320
Main (757) 321-5000    Fax (757) 321-5949



| 6731 | 311 BRIARWOOD DR | JACKSON | MS | 39206-3002 |
|---|---|---|---|---|
| 6791 | 4747 CLINTON BLVD | JACKSON | MS | 39209-2405 |
| 6938 | 3707 S SIWELL RD | JACKSON | MS | 39212-4396 |
| 10443 | 2820 TERRY ROAD | JACKSON | MS | 39212 |
| 11570 | 1201 UNIVERSITY BOULEVARD | JACKSON | MS | 39204-3055 |
| 11840 | 4610 TERRY ROAD | JACKSON | MS | 39212 |
| 12294 | 5060 PARKWAY DRIVE | JACKSON | MS | 39211 |
| 2800 | 329 HIGHWAY 12 EAST | KOSCIUSKO | MS | 39090-3420 |
| 546 | 604 N BROAD ST | LELAND | MS | 38756-2622 |
| 658 | 327 DEPOT ST | LEXINGTON | MS | 39095-3606 |
| 8084 | 332 E MAIN ST | LIBERTY | MS | 39645 |
| 10530 | 401 SOUTH CHURCH AVENUE | LOUISVILLE | MS | 39339-2921 |
| 4103 | 601 S JEFFERSON ST | MACON | MS | 39341-3009 |
| 8040 | 115 N. CLARK AVE. | MAGNOLIA | MS | 39652-2821 |
| 12554 | 67 WATSON DRIVE | MANTACHIE | MS | 38855 |
| 10507 | 5321 DALE DRIVE | MARION | MS | 39342 |
| 4108 | 713 MARTIN LUTHER KING DR. | MARKS | MS | 38646 |
| 778 | 1209 DELAWARE AVE | MC COMB | MS | 39648-3763 |
| 5460 | 1200 LASALLE ST | MCCOMB | MS | 39648 |
| 8358 | P.O. BOX 709 | MEADVILLE | MS | 39653-0709 |
| 10905 | 1736 SIMPSON HIGHWAY 149 | MENDENHALL | MS | 39114-3423 |
| 2182 | 2815 8TH STREET | MERIDIAN | MS | 39301-4845 |
| 7601 | 713 E BROAD ST | MONTICELLO | MS | 39654-7707 |
| 6603 | 395 JOHN R JUNKIN DR | NATCHEZ | MS | 39120-3823 |
| 11577 | 1196 N MARTIN LUTHER KING JR S | NATCHEZ | MS | 39120-3162 |
| 12723 | 188 NORTHSIDE DRIVE | NEWTON | MS | 39345 |
| 12707 | 511 W MONROE AVENUE | OKOLONA | MS | 38860 |
| 2727 | 3123 HWY 80 E | PEARL | MS | 39208-3503 |
| 10158 | 621 SOUTH PEARSON ROAD | PEARL | MS | 39208 |
| 10844 | 800 E MAIN STREET | PHILADELPHIA | MS | 39350 |
| 2450 | P O BOX 41 | PORT GIBSON | MS | 39150-0041 |
| 3354 | PO BOX 1556 | PRENTISS | MS | 39474 |
| 566 | 548 S ARCHUSA AVE | QUITMAN | MS | 39355-2416 |
| 12170 | 202 WHITE OAK | RALEIGH | MS | 39153 |
| 12887 | 825 E MAIN STREET | RAYMOND | MS | 39154 |
| 10157 | 1606 E COUNTY LINE ROAD | RIDGELAND | MS | 39157-1906 |
| 12328 | 398 HWY 51 | RIDGELAND | MS | 39157 |
| 7922 | 1115 CASINO CENTER DR. | ROBINSONVILLE | MS | 38664 |

10



| 12474 | 20503 HIGHWAY 61 | ROLLING FORK | MS | 39159 |
| 4319 | P O BOX 218 | RULEVILLE | MS | 38771-0218 |
| 12579 | 23 HWY 590 W | SEMINARY | MS | 39479 |
| 12943 | 13824 US-98 | SMITHDALE | MS | 39664 |
| 3443 | 8650 HIGHWAY 51 N | SOUTHAVEN | MS | 38671-2924 |
| 10236 | 980 CHURCH RD. W. | SOUTHAVEN | MS | 38671-9611 |
| 565 | 213 N JACKSON STREET | STARKVILLE | MS | 39759-2501 |
| 10203 | 1440 US HWY. 61 N | TUNICA | MS | 38676 |
| 523 | 701 W MAIN ST | TUPELO | MS | 38804-3707 |
| 6109 | 900 BEULAH AVE | TYLERTOWN | MS | 39667-2174 |
| 10393 | 803 E JACKSON ROAD | UNION | MS | 39365 |
| 12766 | 34195 HIGHWAY 35 | VAIDEN | MS | 39176 |
| 2483 | 2080 S FRONTAGE ROAD | VICKSBURG | MS | 39180 |
| 6160 | 1305 MISSION 66 | VICKSBURG | MS | 39180-3365 |
| 11162 | 135 HIGHWAY 27 | VICKSBURG | MS | 39180 |
| 12444 | 1800 HIGHWAY 61, NORTH | VICKSBURG | MS | 39183 |
| 12445 | 5100 HWY 61 SOUTH | VICKSBURG | MS | 39180 |
| 12720 | 409 DUNCAN STREET | WATER VALLEY | MS | 38965 |
| 11941 | 2071 HIGHWAY 51 | WESSON | MS | 39191 |
| 12666 | 106 S APPLEGATE STREET | WINONA | MS | 38967 |
| 8499 | 184 MAIN ST. | WOODVILLE | MS | 39669 |
| 2799 | 301 BROADWAY STREET | YAZOO | MS | 39194 |
| 5957 | 760 E 15TH ST | YAZOO CITY | MS | 39194-2706 |
| **Tennessee Stores** | | | | |
| **Store Num.** | **Street Address** | **City** | **State** | **Zip** |
| 10798 | 306 E. MAIN STREET | ADAMSVILLE | TN | 38310-2318 |
| 4418 | 2686 KIRBY WHITTEN RD | BARTLETT | TN | 38133 |
| 8323 | 1745 SYCAMORE VIEW RD. | BARTLETT | TN | 38134-6517 |
| 2850 | 605 W MARKET STREET | BOLIVAR | TN | 38008-2240 |
| 10605 | 605 E MAIN STREET | BROWNSVILLE | TN | 38012-2627 |
| 10252 | 1683 APPLING RD. | CORDOVA | TN | 38016-4907 |
| 10467 | 9109 US 64 | CORDOVA | TN | 38016 |
| 2748 | 605 HWY 51 N | COVINGTON | TN | 38019 |
| 3283 | 1935 ST JOHN AVE #C | DYERSBURG | TN | 38024-2132 |
| 12020 | 228 HIGHWAY 57 W | GRAND JUNCTION | TN | 38039-4268 |
| 4235 | 121 WHITLEY AVE | HENDERSON | TN | 38340-2221 |
| 1113 | 903 HOLLYWOOD DR | JACKSON | TN | 38301-4764 |
| 3995 | 1011 OLD HICKORY BLVD | JACKSON | TN | 38305-2483 |

11

# FAMILY DOLLAR.

| 6127 | 224 N ROYAL ST | JACKSON | TN | 38301-6341 |
|---|---|---|---|---|
| 9380 | 1000 WHITEHALL STREET | JACKSON | TN | 38301 |
| 10627 | 1301 N HIGHLAND AVENUE | JACKSON | TN | 38301-4018 |
| 624 | 117 W. CHURCH STREET | LEXINGTON | TN | 38351 |
| 12886 | 211 THREE OAKS DRIVE | MEDINA | TN | 38355-1501 |
| 699 | 3223 WINCHESTER RD | MEMPHIS | TN | 38118-4827 |
| 723 | 2168 FRAYSER BLVD | MEMPHIS | TN | 38127-5755 |
| 724 | 3975 JACKSON AVE | MEMPHIS | TN | 38128-6670 |
| 751 | 3190 N THOMAS #3192 | MEMPHIS | TN | 38127-6001 |
| 759 | 4100 S PLAZA DR | MEMPHIS | TN | 38116-6335 |
| 820 | 142 N AVALON ST | MEMPHIS | TN | 38104-2408 |
| 876 | 2920 LAMAR AVE | MEMPHIS | TN | 38114 |
| 1170 | 4724 MILLBRANCH RD | MEMPHIS | TN | 38116-8031 |
| 1555 | 3400 SUMMER AVENUE | MEMPHIS | TN | 38122 |
| 1568 | 1107 S BELLEVUE BLVD | MEMPHIS | TN | 38106-2344 |
| 2723 | 2500 ELVIS PRESSLEY BLVD | MEMPHIS | TN | 38106-8333 |
| 3370 | 3682 NORTH WATKINS ST | MEMPHIS | TN | 38127-4361 |
| 3398 | 4689 KNIGHT ARNOLD RD | MEMPHIS | TN | 38118-3234 |
| 3412 | 3242 JACKSON AVE | MEMPHIS | TN | 38122-1009 |
| 3537 | 4216 SUMMER AVE | MEMPHIS | TN | 38122-4044 |
| 4181 | 2570 FRAYSER BLVD | MEMPHIS | TN | 38127-5829 |
| 5362 | 2912 COLEMAN RD | MEMPHIS | TN | 38128 |
| 5671 | 4330 WINCHESTER RD | MEMPHIS | TN | 38118 |
| 5803 | 3315 E SHELBY DR | MEMPHIS | TN | 38118-7256 |
| 5844 | 4727 NEELY RD | MEMPHIS | TN | 38109-8550 |
| 5898 | 3566 S MENDENHALL RD | MEMPHIS | TN | 38115-4512 |
| 5960 | 6636 E SHELBY DR | MEMPHIS | TN | 38141-8439 |
| 5984 | 5355 ELVIS PRESLEY BLVD | MEMPHIS | TN | 38116-8235 |
| 6010 | 3141 S MENDENHALL RD | MEMPHIS | TN | 38115-2827 |
| 6097 | 3255 HICKORY HILL RD | MEMPHIS | TN | 38115-3135 |
| 6105 | 3338 AUSTIN PEAY HWY | MEMPHIS | TN | 38128-3802 |
| 6439 | 2743 N WATKINS ST | MEMPHIS | TN | 38127-8564 |
| 6465 | 2981 PARK AVE | MEMPHIS | TN | 38114-2731 |
| 6487 | 3515 RIDGEMONT AVE | MEMPHIS | TN | 38128-1830 |
| 6708 | 3435 MILLBRANCH RD | MEMPHIS | TN | 38116-3625 |
| 6818 | 3500 RAMILL ROAD | MEMPHIS | TN | 38128 |
| 6892 | 6415 E RAINES RD | MEMPHIS | TN | 38115-6540 |
| 7230 | 2374 SUMMER AVE | MEMPHIS | TN | 38112-2518 |

500 Volvo Parkway, Chesapeake, VA 23320
Main (757) 321-5000    Fax (757) 321-5949



| 8027 | 287 N. CLEVELAND ST. | MEMPHIS | TN | 38104-7145 |
|---|---|---|---|---|
| 8417 | 2715 S PERKINS ROAD | MEMPHIS | TN | 38118-2430 |
| 8516 | 1636 GETWELL RD | MEMPHIS | TN | 38111-7120 |
| 8558 | 180 EAST E H CRUMP BLVD | MEMPHIS | TN | 38106-1714 |
| 8579 | 831 THOMAS ST | MEMPHIS | TN | 38107-2543 |
| 8580 | 3390 S US HIGHWAY 61 | MEMPHIS | TN | 38109 |
| 8597 | 2760 LAMAR AVE. | MEMPHIS | TN | 38114-4316 |
| 8610 | 656 S HIGHLAND STREET | MEMPHIS | TN | 38111-4356 |
| 8681 | 1870 N GERMANTOWN PKWY. | MEMPHIS | TN | 38016-2815 |
| 8690 | 1427 N HOLLYWOOD ST. | MEMPHIS | TN | 38108-1533 |
| 8691 | 6550 MT. MORIAH RD | MEMPHIS | TN | 38115 |
| 8694 | 2644 JAMES RD | MEMPHIS | TN | 38127-8811 |
| 8735 | 4082 US HIGHWAY 61 SUITE 101 | MEMPHIS | TN | 38109 |
| 8814 | 4280 MACON RD | MEMPHIS | TN | 38122-4811 |
| 8865 | 3544 COVINGTON PIKE | MEMPHIS | TN | 38128-3926 |
| 8866 | 1539 WHITTEN ROAD | MEMPHIS | TN | 38134 |
| 8953 | 4202 HACKS CROSS RD | MEMPHIS | TN | 38125 |
| 8979 | 2711 GETWELL RD | MEMPHIS | TN | 38118 |
| 8980 | 2970 POPLAR AVENUE | MEMPHIS | TN | 38111 |
| 8992 | 4618 QUINCE RD | MEMPHIS | TN | 38117-6547 |
| 9011 | 2360 AIRWAYS BLVD. | MEMPHIS | TN | 38114-6009 |
| 9049 | 1688 JACKSON AVENUE | MEMPHIS | TN | 38107 |
| 9229 | 3403 ELVIS PRESLEY BLVD | MEMPHIS | TN | 38116-3259 |
| 9341 | 5245 RIVERDALE ROAD | MEMPHIS | TN | 38141-8551 |
| 11549 | 4194 HICKORY HILL ROAD | MEMPHIS | TN | 38141-6814 |
| 11664 | 910 JACKSON AVENUE | MEMPHIS | TN | 38107-4134 |
| 11811 | 6222 WINCHESTER ROAD | MEMPHIS | TN | 38115-4175 |
| 11953 | 1450 S TREZEVANT STREET | MEMPHIS | TN | 38114-6607 |
| 12821 | 716 S MAIN ST | MIDDLETON | TN | 38052 |
| 854 | 4839 NAVY RD | MILLINGTON | TN | 38053-2030 |
| 6044 | 1345 MUNFORD AVENUE | MUNFORD | TN | 38058-6749 |
| 12531 | 503 TENNESSEE AVENUE N | PARSONS | TN | 38363 |
| 4175 | 101 LAKE ST | RIDGELY | TN | 38080-1314 |
| 582 | 180 SOUTH WASHINGTON STREET | RIPLEY | TN | 38063-1514 |
| 779 | 2007 WAYNE RD | SAVANNAH | TN | 38372-2235 |
| 4539 | 17575 US HWY 64 | SOMERVILLE | TN | 38068 |
| 633 | 128 DAVY CROCKETT MALL | TRENTON | TN | 38382-2934 |

13

500 Volvo Parkway, Chesapeake, VA 23320
Main (757) 321-5000   Fax (757) 321-5949

ELECTRONICALLY FILED
Pope County Circuit Court
Rachel Oerting, Circuit Clerk
2022-Feb-22 15:41:30
58CV-22-85
C05D04 : 3 Pages

**FDA NEWS RELEASE**

# FDA Alerts the Public to Potentially Contaminated Products from Family Dollar Stores in Six States

**For Immediate Release:**

**February 18, 2022**

Today, the U.S. Food and Drug Administration is alerting the public that several categories of FDA-regulated products purchased from Jan. 1, 2021, through the present from Family Dollar stores in Alabama, Arkansas, Louisiana, Mississippi, Missouri and Tennessee may be unsafe for consumers to use. The impacted products originated from the company's distribution facility in West Memphis, Arkansas, where an FDA inspection found insanitary conditions, including a rodent infestation, that could cause many of the products to become contaminated. The FDA is working with the company to initiate a voluntary recall (https://www.businesswire.com/news/home/20220218005563/en/Family-Dollar-Stores-Issues-Voluntary-Recall-of-Certain-FDA-Regulated-Products-in-Six-States-Including-Drugs-Devices-Cosmetics-Foods) ☒ (http://www.fda.gov/about-fda/website-policies/website-disclaimer) of the affected products.

**"Families rely on stores like Family Dollar for products such as food and medicine. They deserve products that are safe," said Associate Commissioner for Regulatory Affairs Judith McMeekin, Pharm.D. "No one should be subjected to products stored in the kind of unacceptable conditions that we found in this Family Dollar distribution facility. These conditions appear to be violations of federal law that could put families' health at risk. We will continue to work to protect consumers."**

This alert covers FDA-regulated products (https://www.fda.gov/industry/import-basics/regulated-products) purchased from Family Dollar stores in those six states from Jan. 1, 2021, through the present. Some examples of these products include human foods (including dietary supplements (vitamin, herbal and mineral supplements)), cosmetics (skincare products, baby oils, lipsticks, shampoos, baby wipes), animal foods (kibble, pet treats, wild bird seed), medical devices (feminine hygiene products, surgical masks, contact lens cleaning solutions, bandages, nasal care products) and over-the-counter (OTC) medications (pain medications, eye drops, dental products, antacids, other medications for both adults and children).

Consumers are advised not to use and to contact the company regarding impacted products. The agency is also advising that all drugs, medical devices, cosmetics and dietary supplements, regardless of packaging, be discarded. Food in non-permeable packaging (such as undamaged glass or all-metal cans) may be suitable for use if thoroughly cleaned and sanitized (https://www.fda.gov/animal-veterinary/animal-

**EXHIBIT**

**A**

health-literacy/how-handle-food-products-have-been-exposed-filth). Consumers should wash their hands (https://www.cdc.gov/handwashing/when-how-handwashing.html) immediately after handling any products from the affected Family Dollar stores.

Consumers who recently purchased affected products should contact a health care professional immediately if they have health concerns after using or handling impacted products. Rodent contamination (https://www.cdc.gov/rodents/diseases/direct.html) may cause *Salmonella* and infectious diseases, which may pose the greatest risk to infants, children, pregnant women, the elderly and immunocompromised people.

Following a consumer complaint, the FDA began an investigation of the Family Dollar distribution facility in West Memphis, Arkansas, in January 2022. Family Dollar ceased distribution of products within days of the FDA inspection team's arrival on-site and the inspection concluded on Feb. 11. Conditions observed during the inspection included live rodents, dead rodents in various states of decay, rodent feces and urine, evidence of gnawing, nesting and rodent odors throughout the facility, dead birds and bird droppings, and products stored in conditions that did not protect against contamination. More than 1,100 dead rodents were recovered from the facility following a fumigation at the facility in January 2022. Additionally, a review of the company's internal records also indicated the collection of more than 2,300 rodents between Mar. 29 and Sep. 17, 2021, demonstrating a history of infestation.

## Related Information

- Recalls, Market Withdrawals & Safety Alerts (https://www.fda.gov/safety/recalls-market-withdrawals-safety-alerts)
- Report a Problem to the FDA (https://www.fda.gov/safety/report-problem-fda)

### ###

The FDA, an agency within the U.S. Department of Health and Human Services, protects the public health by assuring the safety, effectiveness, and security of human and veterinary drugs, vaccines and other biological products for human use, and medical devices. The agency also is responsible for the safety and security of our nation's food supply, cosmetics, dietary supplements, products that give off electronic radiation, and for regulating tobacco products.

## Inquiries

**Media:**
✉ Audra Harrison (mailto:audra.harrison@fda.hhs.gov)
☎ 301-908-6101

**Consumer:**
☎ 888-INFO-FDA

⊕ More Press Announcements (/news-events/newsroom/press-announcements)

# Exhibit B

## IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS
## _____ DIVISION

Randall Robertson and Julian A. Graves, both
individually and on behalf of a class of
similarly situated individuals,

*Plaintiffs,*

v.

Family Dollar Stores of Arkansas, LLC
Family Dollar Services, LLC,

*Defendants.*

Case No. **58CV-22-**_____

### SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:** Family Dollar Services, LLC

A lawsuit has been filed against you.   The relief demanded is stated in the attached complaint.    Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: STREETT LAW FIRM, P.A., 107 West Main Street, Russellville, AR 72801.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT
RACHEL OERTLING

Address of Clerk's Office

107 West Main Streett

Russellville, AR 72801

_____
[Signature of Clerk or Deputy Clerk]
Date:_____

[SEAL]

**No. 58CV-22-_____   This summons is for *Family Dollar Services, LLC.***

### PROOF OF SERVICE

☐ I personally delivered the _____ to the individual at _____ _____ [place] on _____ [date]; or

☐ I left the _____ in the proximity of the individual by _____ _____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the _____ at the individual's dwelling house or usual place of abode at _____ [address] with _____ [name], a person at least 14 years of age who resides there, on _____ [date]; or

☐ I delivered the _____ to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name] on _____ [date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the _____ on the _____ by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the _____ by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because: _____
_____
_____
_____
_____
_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____                    SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]


_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____        By: _____
                            [Signature of server]


                            _____
                            [Printed name]

Address: _____


_____

Phone:   _____

Subscribed and sworn to before me this date: _____


                            _____
                            Notary Public


My commission expires: _____


Additional information regarding service or attempted service:

_____
_____
_____
_____
_____



Arkansas Judiciary

**Case Title:**      R ROBERTSON & A GRAVES V FAMILY DOLLAR
                     ETAL

**Case Number:**     58CV-22-85

**Type:**            SUMMONS - FILER PREPARED

So Ordered

*Kallie Peak*

KALLIE PEAK, POPE COUNTY
DEPUTY CIRCUIT CLERK

Electronically signed by KBPEAK on 2022-02-22 16:20:01    page 4 of 4

**IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS**
_____ **DIVISION**

Randall Robertson and Julian A. Graves, both
individually and on behalf of a class of
similarly situated individuals,

    *Plaintiffs,*

    v.

Family Dollar Stores of Arkansas, LLC
Family Dollar Services, LLC,

    *Defendants.*

Case No. **58CV-22-**_____

**SUMMONS**

**THE STATE OF ARKANSAS TO DEFENDANT:** Family Dollar Stores of Arkansas, LLC

A lawsuit has been filed against you.   The relief demanded is stated in the attached
complaint.   Within 30 days after service of this summons on you (not counting the day you
received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other
correctional facility in Arkansas — you must file with the clerk of this court a written answer
to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name
and address are: STREETT LAW FIRM, P.A., 107 West Main Street, Russellville, AR 72801.

If you fail to respond within the applicable time period, judgment by default may be entered
against you for the relief demanded in the complaint.

                                       **CLERK OF COURT**
                                       **RACHEL OERTLING**

**Address of Clerk's Office**

  107 West Main Streett

  Russellville, AR 72801

                                   _____
                                   [Signature of Clerk or Deputy Clerk]
                                   Date:_____

[SEAL]

**No. 58CV-22-_____   This summons is for *Family Dollar Stores of Arkansas, LLC.***

## PROOF OF SERVICE

☐ I personally delivered the _____ to the
individual at _____ _____[place] on _____ [date]; or

☐ I left the _____ in the
proximity of the individual by _____ _____ after he/she refused to receive it
when I offered it to him/her; or

☐ I left the _____ at the
individual's dwelling house or usual place of abode at
_____[address] with _____[name], a person at
least 14 years of age who resides there, on _____[date]; or

☐ I delivered the _____ to
_____[name of individual], an agent authorized by appointment or by law to
receive service of summons on behalf of _____[name] on
_____[date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the
_____ on the _____
by certified mail, return receipt requested, restricted delivery, as shown by the attached
signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a
copy of the _____ by first-class mail to the
defendant together with two copies of a notice and acknowledgment and received the
attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because: _____
_____
_____
_____
_____
_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____                    SHERIFF OF _____ COUNTY, ARKANSAS

                                     By: _____
                                     [Signature of server]


                                     _____
                                     [Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____        By: _____
                        [Signature of server]


                        _____
                        [Printed name]

Address: _____


         _____

Phone:   _____

Subscribed and sworn to before me this date: _____


                        _____
                        Notary Public


My commission expires: _____


Additional information regarding service or attempted service:

_____

_____

_____

_____

_____



Arkansas Judiciary

**Case Title:**       R ROBERTSON & A GRAVES V FAMILY DOLLAR
                      ETAL

**Case Number:**      58CV-22-85

**Type:**             SUMMONS - FILER PREPARED

So Ordered

Kallie Peak

KALLIE PEAK, POPE COUNTY
DEPUTY CIRCUIT CLERK

Electronically signed by KBPEAK on 2022-02-22 16:20:21    page 4 of 4

ELECTRONICALLY FILED
Pope County Circuit Court
Rachel Oetling, Circuit Clerk
2022-Mar-02  15:04:00
58CV-22-85
C05D04 : 2 Pages

## IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS
### DIVISION IV

Randall Robertson and Julian A. Graves, both
individually and on behalf of a class of
similarly situated individuals,

*Plaintiffs,*

v.

Family Dollar Stores of Arkansas, LLC
Family Dollar Services, LLC,

*Defendants.*

Case No. **58CV-22-85**

<u>DEMAND FOR JURY TRIAL</u>

### AFFIDAVIT OF SERVICE

I, the undersigned, being duly sworn, state that I did mail a copy of the Summons and

Complaint to Family Dollar Store of AR, LLC, c/o Corp. Service Co., 300 S. Spring Street, Little

Rock, AR 72201 in the above-styled case, by certified mail with return receipt requested.  That on

the 2nd day of March, 2022, I received a signed copy of the return receipt documenting service on

February 28, 2022.  A copy of the return receipt is hereto attached, marked Exhibit "A" and made

a part hereof by reference.

DATED: March 2, 2022

Respectfully submitted,
STREETT LAW FIRM, P.A

By:___**/s/James A. Streett**_____
James A. Streett,  AR Bar No. 2007092
STREETT LAW FIRM, P.A.
107 West Main
Russellville, AR 72801
(479) 968-2030(479) 968-6253 (FAX)
james@streettlaw.com

J. Gerard Stranch, IV (BPR #023045)
(pending Pro Hac vice)

Benjamin A. Gastel (BPR# 028699)
(pending Pro Hac vice)
Janna Maples (BPR# 032612)
(pending Pro Hac vice)
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN  37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@bsjfirm.com
beng@bsjfirm.com
jannam@bsjfirm.com

*ATTORNEYS FOR PLAINTIFFSS*

ELECTRONICALLY FILED
Pope County Circuit Court
Rachel Oertling, Circuit Clerk
2022-Mar-02 15:04:00
58CV-22-85
C05D04 : 1 Page

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Family Dollar Stores of AR LLC
c/o Corp Service Company
300 S. Spring St
Little Rock, AR 72201

9590 9402 6497 0346 9029 30

2. Article Number (Transfer from service label)

7020 0640 0002 2358 7369

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

FEB

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...d Mail
☐ ...d Mail Restricted Delivery
($500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

A

ELECTRONICALLY FILED
Pope County Circuit Court
Rachel Oertling, Circuit Clerk
2022-Mar-02  15:04:56
58CV-22-85
C05D04 : 2 Pages

## IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS
### DIVISION IV

Randall Robertson and Julian A. Graves, both
individually and on behalf of a class of
similarly situated individuals,

*Plaintiffs*,

v.

Family Dollar Stores of Arkansas, LLC
Family Dollar Services, LLC,

*Defendants*.

Case No. **58CV-22-85**

<u>DEMAND FOR JURY TRIAL</u>

### AFFIDAVIT OF SERVICE

I, the undersigned, being duly sworn, state that I did mail a copy of the Summons and
Complaint to Family Dollar Services, LLC, c/o Corp. Service Co., 300 S. Spring Street, Little
Rock, AR 72201 in the above-styled case, by certified mail with return receipt requested.  That on
the 2nd day of March, 2022, I received a signed copy of the return receipt documenting service on
February 28, 2022.  A copy of the return receipt is hereto attached, marked Exhibit "A" and made
a part hereof by reference.

DATED: March 2, 2022

Respectfully submitted,
STREETT LAW FIRM, P.A

By:___**/s/James A. Streett**_____
James A. Streett,  AR Bar No. 2007092
STREETT LAW FIRM, P.A.
107 West Main
Russellville, AR 72801
(479) 968-2030(479) 968-6253 (FAX)
james@streettlaw.com

J. Gerard Stranch, IV (BPR #023045)
(pending Pro Hac vice)

Benjamin A. Gastel (BPR# 028699)
(pending Pro Hac vice)
Janna Maples (BPR# 032612)
(pending Pro Hac vice)
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
**The Freedom Center**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@bsjfirm.com
beng@bsjfirm.com
jannam@bsjfirm.com

*ATTORNEYS FOR PLAINTIFFSS*

ELECTRONICALLY FILED
Pope County Circuit Court
Rachel Oertling, Circuit Clerk
2022-Mar-02  15:04:56
58CV-22-85
C05D04 : 1 Page

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Family Dollar Services, LLC
C/o Corp. Service Co.
300 S. Spring Street
Little Rock, AR 72201

9590 9402 6497 0346 9029 47

2. Article Number *(Transfer from service label)*

7020 0640 0002 2358 7352

PS Form **3811**, July 2020 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

FEB

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

A