ELECTRONICALLY FILED
Pope County Circuit Court
Rachel Oerting, Circuit Clerk
2022-Feb-22  15:41:30
58CV-22-85
C05D04 : 18 Pages

## IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS
## _____ DIVISION

Randall Robertson and Julian A. Graves, both
individually and on behalf of a class of
similarly situated individuals,

*Plaintiffs*,

v.

Family Dollar Stores of Arkansas, LLC
Family Dollar Services, LLC,

*Defendants.*

Case No. **58CV-22-_____**

*Demand for Jury Trial*

## CLASS ACTION COMPLAINT

Plaintiffs Randall Robertson and Julian A. Graves ("Plaintiffs"), individually and on behalf of all others similarly situated, by and through their undersigned counsel, bring this Class Action Complaint against Defendant Family Dollar Stores of Arkansas, LLC and Defendant Family Dollar Services, LLC (collectively referred to as "Family Dollar" or "Defendants"), and complain and allege upon personal knowledge as to themselves and their own acts and experiences and, as to all other matters, upon information and belief, including investigation conducted by their counsel as follows:

### PARTIES

1.  Plaintiffs are, and at all relevant times have been, citizens of Pope County Arkansas. Plaintiffs purchased Contaminated Products from one of Family Dollar's Affected Stores in Pope County, Arkansas on multiple occasions between January 1, 2021 and February 18, 2022. Plaintiffs suffered actual financial loss as a result of their purchase of the Contaminated Products.

2.  Defendant Family Dollar Stores of Arkansas, LLC was incorporated in Virginia

and has its principal place of business at 500 Volvo Pkwy in Chesapeake, Virginia, 23320. It is

licensed to do business in Arkansas and can be served via its registered agent Corporation Service

Company at 300 Spring Building, Ste. 900 in Little Rock, Arkansas, 72201.

3.    Defendant Family Dollar Services, LLC was incorporated in North Carolina and

has its principal place of business at 500 Volvo Pkwy in Chesapeake, Virginia, 23320. It is licensed

to do business in Arkansas and can be served via its registered agent Corporation Service Company

at 300 Spring Building, Ste. 900 in Little Rock, Arkansas, 72201.

### JURISDICTION AND VENUE

4.    Pursuant to Ark. Code Ann. § 16-4-101, the Court has jurisdiction over Defendant

Family Dollar Stores of Arkansas, LLC and Defendant Family Dollar Services, LLC because they

are licensed to do business in Arkansas and regularly conducts business in Arkansas.

5.    Venue lies in this Court pursuant to Ark. Code Ann. § 16-60-101 as a substantial

part of the events or omissions that form the basis of this Class Action Complaint occurred in Pope

County, Arkansas, Defendants conducted activity that gave rise to the claims for relief in this

County, and Plaintiff resides in this County.

### FACTUAL ALLEGATIONS

6.    On Friday, February 18, 2022, the U.S. Food and Drug Administration ("FDA")

issued a safety information news release titled, "FDA Alerts the Public to Potentially

Contaminated Products from Family Dollar Stores in Six States" (the "FDA Safety Alert") after

an FDA inspection found insanitary conditions, including a rodent infestation, that could cause

many of the products stored there to become contaminated.[1] A copy of the FDA's Safety Alert is

attached hereto as **Exhibit A**.

---

[1] Safety Information News Release, *FDA Alerts the Public to Potentially Contaminated Products from Family Dollar Stores in Six States*, FDA, Feb. 18, 2022, available at https://www.fda.gov/news-events/press-announcements/fda-

7.      The impacted products originated from the Family Dollar Distribution Center 202
located at 1800 Family Dollar Pkwy in West Memphis, Arkansas, 72301 (the "West Memphis
Distribution Center"). The West Memphis Distribution Center is approximately 850,000 square
feet, has approximately 500 employees, and services stores in Arkansas, Louisiana, Texas,
Oklahoma, Missouri, Illinois, Kentucky, Tennessee, Georgia, Alabama, and Mississippi.[2] The
West Memphis Distribution Center is depicted below:[3]



8.      In early January 2022, Robert Bradford, then a Family Dollar employee at the West
Memphis Distribution Center, posted videos and photographs of numerous rats inside the building,
some of which were obtained by local news station WREG.[4] Mr. Bradford claims he was fired
after posting a video of him trying to feed a rat online and stated the rats were everywhere inside

---

alerts-public-potentially-contaminated-products-family-dollar-stores-six-states. (**Exhibit A**).
[2] https://www.familydollar.com/locations/ar/west-memphis/dc202/.
[3] *Id.*
[4] Melissa Moon, *Another complaint about rats at Family Dollar Facilities*, WREG Memphis, Jan. 4, 2022, available
at https://wreg.com/news/local/another-complaint-about-rats-at-family-dollar-facilities/.

the warehouse: "There are sixty-one aisles in the warehouse; you are going to see them from one to sixty-one. They are running around. They are on the floor, and they are in boxes."

     9.     Photos captured from Mr. Bradford's video and featured WREG Memphis are below:[5]





---

[5] *Id.*

10.    WREG Memphis and other news outlets have continued to feature videos of rats

from inside the West Memphis Distribution Center:[6]





---

[6] *See e.g.* Jordan James, *Over 1,000 dead rodents found at Family Dollar distribution center*, WREG Memphis, Feb. 19, 2022, available at https://wreg.com/news/local/over-1000-dead-rodents-found-at-family-dollar-distribution-center/.

11.    Around the same time in early January 2022, following a consumer complaint, the FDA began investigating the West Memphis Distribution Center.[7] Shortly after the FDA inspection team's arrival on-site, Family Dollar ceased distribution of products from the West Memphis Distribution Center. The inspection concluded on February 11, 2022.

12.    Seven days later, the inspection findings were described in the FDA Safety Alert:

Conditions observed during the inspection included *live rodents, dead rodents in various states of decay, rodent feces and urine, evidence of gnawing, nesting and rodent odors throughout the facility, dead birds and bird droppings, and products stored in conditions that did not protect against contamination*. More than *1,100 dead rodents* were recovered from the facility following a fumigation at the facility in January 2022. Additionally, a review of the company's internal records also indicated the collection of more than *2,300 rodents* between March 29, 2021 and September 17, 2021, demonstrating a history of infestation.

(emphasis added).

13.    "Families rely on stores like Family Dollar for products such as food and medicine. They deserve products that are safe," said Associate Commissioner for Regulatory Affairs Judith McMeekin, Pharm.D.[8] "No one should be subjected to products stored in the kind of unacceptable conditions that we found in this Family Dollar distribution facility. These conditions appear to be violations of federal law that could put families' health at risk. We will continue to work to protect consumers."

14.    According to the FDA, there are numerous hazards associated with rodents including the potential presence of Salmonella.[9] Use or consumption of affected products may present risk of illness due to the potential presence of Salmonella, an organism which can cause serious and sometimes fatal infections in infants, young children, frail or elderly people, pregnant

---

[7] Safety Information News Release, *FDA Alerts the Public to Potentially Contaminated Products from Family Dollar Stores in Six States*, FDA, Feb. 18, 2022, available at https://www.fda.gov/news-events/press-announcements/fda-alerts-public-potentially-contaminated-products-family-dollar-stores-six-states. (**Exhibit A**).
[8] *Id.*
[9] *Id.*

persons, persons with pre-existent pathology (e.g., patients with cancer undergoing chemotherapy treatments, organ transplant recipient, etc.) and others with weakened immune systems. Healthy persons infected with Salmonella often experience fever, diarrhea (which may be bloody), nausea, vomiting and abdominal pain. In rare circumstances, infection with Salmonella can result in the organism getting into the bloodstream and producing more severe illnesses such as arterial infections (i.e., infected aneurysms), endocarditis and arthritis.

15.    Because of the unsanitary conditions, rodent infestation, and related health hazards, the FDA advised that all FDA-regulated products sold by certain Family Dollar stores in Alabama, Arkansas, Louisiana, Mississippi, Missouri and Tennessee from January 1, 2021, through present are not fit for human use or consumption, including:

- **Human foods** (including dietary supplements (vitamin, herbal and mineral supplements));
- **Cosmetics** (skincare products, baby oils, lipsticks, shampoos, baby wipes), animal foods (kibble, pet treats, wild bird seed);
- **Medical devices** (feminine hygiene products, surgical masks, contact lens cleaning solutions, bandages, nasal care products;
- **Over-the-counter** (OTC) medications (pain medications, eye drops, dental products, antacids, other medications for both adults and children); and
- **Any other FDA-regulated products.**[10]

Collectively, these products are referred to as "the Contaminated Products" herein.

16.    The conditions at the West Memphis Distribution Center were such that all products in the categories noted above were deemed contaminated by the FDA, regardless of whether the product packaging showed signs of contact with rodents, birds, or their excrement or the packaging itself actually came into contact with the rodents, birds, or excrement. All of the Contaminated Products were considered dangerous and unfit for human consumption or use due to the manner in which they were stored at the West Memphis Distribution Center.

---

[10] *Id.*

17.    The FDA Safety Alert warned that anyone who purchased a Contaminated Product and experiences health concerns should contact a health care professional right away.[11] For individuals who still have Contaminated Products in their homes, the FDA advised that these products should be thrown away:

> Consumers are advised not to use and to contact the company regarding impacted products. The agency is also advising that *all drugs, medical devices, cosmetics, and dietary supplements, regardless of packaging, be discarded. Food in non-permeable packaging (such as undamaged glass or all-metal cans) may be suitable for use if thoroughly cleaned and sanitized.* Consumers should wash their hands immediately after handling any products from the affected Family Dollar stores.[12]

(emphasis added).

18.    After the FDA Safety Alert, Family Dollar issued a "voluntary recall." [13] Family Dollar's Recall Notice is attached hereto as **Exhibit B**.    The Recall Notice advises that "[c]ustomers that may have bought affected product *may return such product* to the Family Dollar *store where they were purchased* without receipts." Family Dollar's Recall Notice indicates that "[p]roducts shipped directly to the store by the distributor or manufacturer aren't included, such as all frozen and refrigerated items."

---

[11] *Id.*
[12] *Id.*
[13] Press Release, *Family Dollar Stores Issues Voluntary Recall of Certain FDA-Regulated Products in Six States Including Drugs, Devices, Cosmetics, Foods*, Business Wire, Feb. 18, 2022, available at https://www.businesswire.com/news/home/20220218005563/en/Family-Dollar-Stores-Issues-Voluntary-Recall-of-Certain-FDA-Regulated-Products-in-Six-States-Including-Drugs-Devices-Cosmetics-Foods. (**Exhibit B**).

19.     In addition to its Recall Notice, Family Dollar was forced to close the 404 stores

that received shipments from the West Memphis Distribution Center ("the Affected Stores"):[14]



Family Dollar's List of 404 Affected Stores is attached hereto as **Exhibit C**.

20.     Plaintiffs and Class Members relied upon representations by Family Dollar

concerning the safety and quality of its products.

21.     Plaintiffs and Class Members paid money for the Contaminated Products.

22.     The unsanitary condition of the Contaminated Products manifested before the

Products were purchased by Plaintiff and Class Members.

23.     Because of the multitude of health hazards associated with a rodent infestation, the

Contaminated Products are worthless, and Plaintiff and Class Members did not receive any benefit

from the Contaminated Products.

---

[14] Vimal Patel, *Rodent Infestation at Family Dollar Warehouse Leads to Hundreds of Closures*, NY Times, Feb. 19, 2022, available at https://www.nytimes.com/2022/02/19/us/fda-family-dollar-recall.html; Annabelle Timsit, *Family Dollar closes 400 stores, recalls products after FDA finds decaying dead rodents in warehouse*, WA Post, Feb. 20, 2022, available at https://www.washingtonpost.com/nation/2022/02/20/family-dollar-recall-fda-rodents/; Parker King, et al., *Hundreds of Family Dollar stores closed due to rodent infestation*, WDTV West Memphis, AK, Feb. 20, 2022, available at https://www.wdtv.com/2022/02/20/hundreds-family-dollar-stores-closed-due-rodent-infestation/.

9

24.     Because the Contaminated Products came into contact with other products in Plaintiff and Class Members' homes, Plaintiffs and Class Members must discard additional products as well.

25.     Family Dollar unreasonably delayed issuing a recall of the Contaminated Products. Family Dollar has been aware of the problems with the West Memphis Distribution Center since at least September 2021 and the rodent infestation and unsanitary conditions described by the FDA must have been obvious to all those that entered the facility.

26.     There is evidence that Family Dollar was on notice about issues with rats long before September 2021, as Family Dollar has a disturbing history of rat infestations in its stores throughout the country.[15]

27.     Family Dollar concealed the truth about the conditions of the West Memphis Distribution Center in order to remain operational and continue to sell the Contaminated Products but failed to take reasonable steps to remedy the rodent infestation. As a result, consumers continued purchasing Contaminated Products.

---

[15] Michele Reese, *Complaints Lead to Deep Cleaning at Downtown Family Dollar*, WREG Memphis, Jan. 27, 2014, available at https://wreg.com/news/complaints-lead-to-deep-cleaning-at-downtown-family-dollar/; WRIC Newsroom, *2 local Family Dollar stores shut down to deal with rat infestations after 8News investigation*; WRIC News, June 19, 2018, available at https://www.wric.com/news/taking-action/2-local-family-dollar-stores-shut-down-to-deal-with-rat-infestations-after-8news-investigation/; Tom Sussi, *Rodent infestation forces Family Dollar store to close*, NBC4, Oct. 17, 2018, available at https://www.nbc4i.com/news/investigates/up-to-code/rodent-infestation-forces-family-dollar-store-to close/1531687075/?fb_comment_id=2191038777594942_2191103297588490; Darcy Spears, *Rats land 2 Family Dollar Stores on Dirty Dining*, KTNV, May 1, 2019, available at https://www.ktnv.com/dirtydining/rats-land-two-family-dollar-stores-on-dirty-dining; Sarafina Jones, *Man claims rat infestation at Polk County Family Dollar*, WFLA, Auburndale, Fla., Jun. 17, 2019, available at https://www.wfla.com/news/polk-county/man-claims-rat-infestation-at-polk-county-family-dollar/2081920910/;
Luke Jones, *Inspection report reveals disturbing details about rat infestation at Family Dollar store*, WREG Memphis, Jul. 23, 2019, available at https://wreg.com/news/inspection-report-reveals-disturbing-details-about-rat-infestation-at-family-dollar-store/; Sierra Webster, *Rat Infestation Shuts Down Family Dollar in Cobb County*, The Atlanta Journal Constitution, July 29, 2019, available at https://www.ajc.com/news/breaking-news/rat-infestation-shuts-down-family-dollar-cobb-county/5ZADCF7OcO9IRL4FQ87LAU/; Bria Jones, *Family Dollar worker says store infested with rats*, WREG Memphis, Jan. 3, 2022, available at https://wreg.com/news/local/family-dollar-worker-says-store-infested-with-rats/#:~:text=In%20these%20photos%20you%20can,at%204100%20South%20Plaza%20Drive.&text=The%20employee%20who%20wants%20to,store%20through%20shipments%20dropped%20off.?ipid=promo-link-block1.

28.    Even after an extraordinary delay, Plaintiffs and Class Members are not aided by

Family Dollar's recall for three reasons:

    a.    Family Dollar requires customers to return the Contaminated Products to receive a refund, even though the FDA Safety Alert advised customers to immediately throw away the Contaminated Products.

    b.    Family Dollar requires customers to return the Contaminated Products to the "store where they were purchased," even though, as of filing, the Affected Stores are closed.

    c.    Family Dollar does not include "products shipped directly to the store by the distributor or manufacturer" in the recall but does not specify which products are included in this category.

29.    Plaintiffs have provided Defendants pre-suit notice of Defendants' breach of the

implied warranty of merchantability and violation of the Arkansas Deceptive Trade Practices Act.

### CLASS ACTION ALLEGATIONS

30.    **Class Definition:** Plaintiffs bring this action pursuant to Ark. R. Civ. P. 23, on

behalf of themselves and a class of similarly situated individuals ("the Class"), defined as follows:

All persons who were or are citizens of the State of Arkansas who, from January 1, 2021, through the February 18, 2022, purchased one of the Contaminated Products for household or business use, from a Family Dollar Affected Store in Arkansas.

Excluded from the Class are: (1) Defendants, Defendants' agents, subsidiaries, parents, successors, predecessors, and any entity in which Defendants or its parents have a controlling interest, and those entities' current and former employees, officers, and directors; (2) the Judge to whom this case is assigned and the Judge's immediate family; (3) any person who executes and files a timely request for exclusion from the Class; (4) any persons who have had their claims in this matter finally adjudicated and/or otherwise released; and (5) the legal representatives, successors and assigns of any such excluded person.

31.    Plaintiff's reserves the right to amend or otherwise alter the class definitions

presented to the Court at the appropriate time, or to propose subclasses, in response to facts learned

through discovery, legal arguments advanced by Defendants, or otherwise.

11

32.    **Numerosity**: Upon information and belief, the Class is comprised of tens of thousands of members. Thus, the Class is so numerous that joinder of all members is impracticable. Class Members can easily be identified through records of Family Dollar, or by other means.

33.    **Commonality and Predominance**: There are several questions of law and fact common to the claims of Plaintiffs and Class Members, which predominate over any individual issues, including:

  a.  Whether Defendants' conduct constitutes a breach of implied warranty;

  b.  Whether Defendants' conduct constitutes a breach of the Arkansas Deceptive Trade Practices Act;

  c.  The appropriate class-wide measure of damages;

  d.  Whether Defendants are liable for attorneys' fees and costs.

34.    **Typicality**: Plaintiffs' claims are typical of the claims of members of the Class. All claims are based on the same legal and factual issues. Plaintiffs and each of the Class Members purchased Contaminated Products from one or more of Family Dollar's Affected Stores. Defendants' conduct was uniform to Plaintiffs and all Class Members.

35.    **Adequacy of Representation**: Plaintiffs will fairly and adequately represent and protect the interests of the members of the Class, and has retained counsel competent and experienced in complex class actions. Plaintiffs have no interests antagonistic to those of any members of the Class, and Defendants have no defenses unique to Plaintiffs. The questions of law and fact common to the proposed Class predominate over any questions affecting only individual members of the Class.

36.    **Superiority**: A class action is superior to other available methods for the fair and efficient adjudication of this controversy. The expense and burden of individual litigation would

make it impracticable or impossible for proposed members of the Class to prosecute their claims individually. The trial and the litigation of Plaintiff's claims are manageable.

## CAUSES OF ACTION

### FIRST CLAIM FOR RELIEF
**Breach of Implied Warranty of Merchantability, Ark. Code Ann. §§ 4-2-103, *et seq.***
(On behalf of Plaintiffs and the Class)

37.     Plaintiff's incorporates by reference all of the above allegations as if set forth herein.

38.     Plaintiff and Class Members are "buyers" within the meaning of Arkansas's implied warranty statutes. Ark. Code Ann. § 4-2-103(1).

39.     Defendants are "sellers," and the Contaminated Products are a "consumer good." Ark. Code Ann. §§ 4-2-103(1) & (3).

40.     Defendants impliedly warranted to Plaintiff and Class Members that the Product was "merchantable." Ark. Code Ann. § 4-2-314.

41.     The FDA's inspection findings and subsequent safety communications concerning the West Memphis Distribution Center establish the minimum standards of fitness and show that the Contaminated Products do meet those standards.

42.     At the time of sale, the Contaminated Products were not fit for the ordinary purposes for which such goods are sold and were adequately contained, packaged, and labeled. Ark. Code Ann. § 4-2-314(2)(c). The Contaminated Products do not have the quality that a buyer would reasonably expect and were therefore not merchantable.

43.     Plaintiffs and Class Members have been injured by their purchase of an unmerchantable product that is worthless and poses a danger to human health.

44.    The unmerchantable condition of the Contaminated Products proximately caused Plaintiffs and Class Members' injury.

45.    As Family Dollar customers, Plaintiffs and Class members are among those Defendants might reasonably expect to use the Contaminated Products.

46.    Any attempt by Defendants to disclaim the implied warranty of merchantability is unenforceable, as the disclaimer failed to mention the implied warranty of merchantability and was not conspicuous as required by law, and was both procedurally and substantively unconscionable, rendering it unenforceable.

47.    Plaintiffs and Class Members are entitled to damages and other legal and equitable relief, including, at their election, the purchase price of the product.

## SECOND CLAIM FOR RELIEF
### Unjust Enrichment
### (On behalf of Plaintiffs and the Class)

48.    Plaintiffs incorporates by reference all of the above allegations as if set forth herein.

49.    Under Arkansas law, unjust enrichment can be found when a party has received something of value to which he was not entitled by operative act, intent, or situation to make the enrichment unjust and compensable.

50.    Through their concealment of the true condition of the Contaminated Products, Defendants have been unjustly enriched at the expense of Plaintiffs and Class Members. Because of Defendants' scheme, the Plaintiffs and Class Members have purchased worthless goods which pose a danger to human health. Permitting Defendants to retain overpayments it fraudulently procured would be unjust and inequitable.

51.    Plaintiffs and the Class seek restitution of the sum, to be determined at trial, by which Defendants have been unjustly enriched and other damages permitted by law.

14

### THIRD CLAIM FOR RELIEF
**Violation of the Arkansas Deceptive Trade Practices Act, Ark. Code Ann. §§ 4-88-101, *et seq*.**
**(On behalf of Plaintiffs)**

52.     Plaintiffs incorporates by reference all of the above allegations as if set forth herein.

53.     Plaintiffs and Defendants are "[p]erson[s]" within the meaning of the Arkansas Deceptive Trade Practices Act ("ADTPA"). Ark. Code Ann. § 4-88-102(5).

54.     The Contaminated Products are "[g]oods" under the ADTPA. Ark.Code Ann. § 4-88-102(4).

55.     Defendants advertised, offered, or sold goods or services in Arkansas and engaged in trade or commerce directly or indirectly affecting the people of Arkansas. Ark. Code Ann. § 4-88-107.

56.     The ADTPA prohibits "[k]nowingly making a false representation as to...whether goods are...of a particular standard, quality, grade, style or model;...[and/or] [e]ngaging in any other unconscionable, false, or deceptive act or practice." Ark. Code Ann. §§ 4-88-107(a)(1), (10).

57.     The ADTPA also prohibits "[a]dvertising...goods...with the intent not to sell them as advertised[.]" Ark. Code Ann. § 4-88-107(a)(3).

58.     In connection with the "sale or advertisement of any goods," it is unlawful under the ADTPA to "act, use, or employ[]...any deception, fraud, or false pretense" and/or to "conceal[], suppress[], or omi[t]...any material fact with intent that others reply upon the concealment, suppression, or omission...[.]" Ark. Code Ann. §§ 4-88-108(a)(1)-(2).

59.     Defendants' conduct is in violation of the ADTPA constituting deceptive and unconscionable trade practice because Defendants knowingly and intentionally made representations to Plaintiffs that amounted to deception, fraud, false pretenses, false promise, misrepresentation, unfair practice, or the concealment, suppression, or omission of the material

15

fact that the Contaminated Products were stored in such unsanitary conditions that they are unfit for human consumption or use, are worthless, and should be discarded.

60.    Defendants were well aware of the conditions of the West Memphis Distribution Center prior to the February 18, 2022, recall, and were put on notice by at least September 2021 of those conditions.

61.    Defendants failed to put policies and procedures in place to maintain the conditions required for food storage.

62.    In the course of Defendants' business, it misrepresented, failed to disclose, and actively concealed the condition of the Contaminated Products with the intent that consumers rely on that concealment in deciding whether to purchase the Contaminated Products.

63.    By intentionally concealing the conditions of the West Memphis Distribution Center while advertising the Contaminated Products as safe, Defendants engaged in deceptive acts or practices in violation of the ADTPA.

64.    Defendants' deceptive acts or practices were materially misleading. Defendants' conduct was likely to and did deceive reasonable consumers, including Plaintiffs, about the true condition of the Contaminated Products.

65.    Plaintiffs was unaware of, and lacked a reasonable means of discovering, the material facts that Defendants suppressed.

66.    Plaintiffs suffered "actual financial loss." Ark. Code Ann. § 4-88-113(1).

67.    Defendants' unlawful and misleading conduct concerns widely purchased consumer goods and affects the public interest. Defendants' conduct includes unlawful and misleading acts or practices that have and had the capacity to deceive consumers and are harmful to the public at large.

16

68.    As a result of Defendants' ADTPA violations, Plaintiffs is entitled to recover actual damages, as well as reasonable attorneys' fees.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiffs, individually and on behalf of the other members of the Classes proposed in this Class Action Complaint, pray for judgment and relief against Defendants as follows:

a) For an order declaring: (i) this is a class action pursuant to Rule 23 of the Arkansas Rules of Civil Procedure on behalf of the proposed Class described herein; and (ii) appointing Plaintiffs to serve as representatives for the Class and Plaintiffs's counsel to serve as Class Counsel;

b) For an order awarding restitution of the monies Defendants wrongfully acquired by its illegal and deceptive conduct;

c) For an order requiring disgorgement of the monies Defendants wrongfully acquired by its illegal and deceptive conduct;

d) For compensatory and punitive damages, including actual and statutory damages, arising from Defendants' wrongful conduct and illegal conduct;

e) For an award of reasonable attorneys' fees and costs and expenses incurred in the course of prosecuting this action; and

f) For such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiffs demands a trial by jury of all claims in this Class Action Complaint so triable.

DATED: February 22, 2022              Respectfully submitted,
                                      STREETT LAW FIRM, P.A

By:___/s/James A. Streett_____
James A. Streett,  AR Bar No. 2007092
STREETT LAW FIRM, P.A.
107 West Main
Russellville, AR 72801
(479) 968-2030(479) 968-6253 (FAX)
james@streettlaw.com

AND

By:/s/    J.Gerard Stranch, IV_____

J. Gerard Stranch, IV (BPR #023045)
(pending Pro Hac vice)
Benjamin A. Gastel (BPR# 028699)
(pending Pro Hac vice)
Janna Maples (BPR# 032612)
(pending Pro Hac vice)
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN  37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@bsjfirm.com
beng@bsjfirm.com
jannam@bsjfirm.com

*ATTORNEYS FOR PLAINTIFFSS*

18

ELECTRONICALLY FILED
Pope County Circuit Court
Rachel Oertling, Circuit Clerk
2022-Feb-22 15:41:30
68CV-22-85
C05D04 : 2 Pages

# Family Dollar Stores Issues Voluntary Recall of Certain FDA-Regulated Products in Six States Including Drugs, Devices, Cosmetics, Foods

businesswire.com/news/home/20220218005663/en/Family-Dollar-Stores-Issues-Voluntary-Recall-of-Certain-FDA-Regulated-Products-in-Six-States-Including-Drugs-Devices-Cosmetics-Foods

February 19, 2022

**FAMILY DOLLAR**

CHESAPEAKE, Va.--(BUSINESS WIRE)--Family Dollar, Inc. is initiating a voluntary retail level product recall of certain products regulated by the U.S. Food and Drug Administration (FDA) that were stored and shipped to 404 stores from Family Dollar Distribution Center 202 in West Memphis, Arkansas from January 1, 2021 through the present due to the presence of rodents and rodent activity at Family Dollar Distribution Center 202.

There are numerous hazards associated with rodents including the potential presence of *Salmonella.* Use or consumption of affected products may present risk of illness due to the potential presence of *Salmonella*, an organism which can cause serious and sometimes fatal infections in infants, young children, frail or elderly people pregnant persons, persons with pre-existent pathology (e.g., patients with cancer undergoing chemotherapy treatments, organ transplant recipient, etc.) and others with weakened immune systems. Healthy persons infected with *Salmonella* often experience fever, diarrhea (which may be bloody), nausea, vomiting and abdominal pain. In rare circumstances, infection with *Salmonella* can result in the organism getting into the bloodstream and producing more severe illnesses such as arterial infections (*i.e.*, infected aneurysms), endocarditis and arthritis.

To date, Family Dollar is not aware of any consumer complaints or reports of illness related to this recall.

Products covered by this retail level recall include all: (i) drugs; (ii) medical devices; (iii) cosmetics; (iv) dietary supplements; and (v) human and animal (pet) food products. The recall does not apply to products shipped directly to the stores by the distributor or manufacturer, such as all frozen and refrigerated items. The 404 stores to which this recall applies are listed on the attached schedule. The recall does not apply to other store locations.

Family Dollar is notifying its affected stores by letter asking them to check their stock immediately and to quarantine and discontinue the sale of any affected product. Customers that may have bought affected product may return such product to the Family Dollar store where they were purchased without receipt.

Customers with questions regarding this recall may contact Family Dollar Customer Service at 844-636-7687 between 9am and 5pm EST. Customers should contact their physician or health care provider if they have experienced any problems that may be related to using these products. Customers with concerns about their pets who have eaten the recalled animal food products should contact their veterinarian.

Adverse reactions or quality problems experienced with the use of these products may be reported to the FDA as follows:

- Complete and submit the report **online: www.fda.gov/medwatch/report.htm**
- **Regular Mail or Fax**: Download form **www.fda.gov/MedWatch/getforms.htm**or call 1-800-332-1088 to request a reporting form, then complete and return to the address on the pre-addressed form or submit by fax to 1-800-FDA-0178.
- https://www.fda.gov/safety/report-problem-fda

This voluntary retail level recall is being conducted with the knowledge of the U.S. Food and Drug Administration.

**About Family Dollar**

For more than 60 years, Family Dollar has been providing value and convenience to customers in easy-to-shop neighborhood locations. Family Dollar's mix of name brands, and quality, private brand merchandise appeals to shoppers in approximately 8,000 stores in rural and urban settings across 48 states. Helping families save on the items they need with everyday low prices creates a strong bond with customers who refer to their neighborhood store as "my Family Dollar." Family Dollar is a wholly-owned subsidiary of Dollar Tree, Inc. headquartered in Chesapeake, Virginia. For more information, please visit FamilyDollar.com.



ELECTRONICALLY FILED
Pope County Circuit Court
Rachel Oertling, Circuit Clerk
2022-Feb-22  15:41:30
58CV-22-85
C05D04 : 11 Pages

## Schedule 1

### Alabama Stores

| Store Num. | Street Address | City | State | Zip |
|---|---|---|---|---|
| 567 | 35 MEMORIAL PKY E | ALICEVILLE | AL | 35442-2155 |
| 12825 | 15704 AL HIGHWAY 216 | BROOKWOOD | AL | 35444 |
| 12505 | 206 GREENSBORO STREET | EUTAW | AL | 35462 |
| 868 | 303 S. MAIN ST. | LINDEN | AL | 36748-1725 |
| 9012 | 1307 NORTH WASHINGTON STREET | LIVINGSTON | AL | 35470 |
| 8919 | P O BOX 308 | MOUNDVILLE | AL | 35474 |
| 12506 | 5705 US HIGHWAY 278 | SULLIGENT | AL | 35586 |
| 639 | 524 14TH ST | TUSCALOOSA | AL | 35401-3434 |
| 3812 | 1507 CULVER RD | TUSCALOOSA | AL | 35401-2632 |
| 10460 | 2515 MARTIN LUTHER KING JR BLV | TUSCALOOSA | AL | 35401 |
| 11726 | 3851 GREENSBORO AVENUE | TUSCALOOSA | AL | 35405-2846 |
| 12679 | 1525 SKYLAND BLVD EAST | TUSCALOOSA | AL | 35405-4231 |
| 2714 | 9598 HIGHWAY 18 | VERNON | AL | 35592-1527 |
| 9013 | 700 4TH AVENUE | YORK | AL | 36925 |

### Arkansas Stores

| Store Num. | Street Address | City | State | Zip |
|---|---|---|---|---|
| 11135 | 1550 PINE STREET | ARKADELPHIA | AR | 71923 |
| 8376 | 603 NORTH CHURCH ST. | ATKINS | AR | 72823 |
| 985 | 1275 E MAIN ST | BATESVILLE | AR | 72501-3018 |
| 4378 | 2001 W MAIN ST | BLYTHEVILLE | AR | 72315-3033 |
| 4239 | 1421 PINECREST STREET | BRINKLEY | AR | 72021-0000 |
| 11116 | 1302 S PINE STREET | CABOT | AR | 72023-3812 |
| 1197 | 216 CALIFORNIA AVENUE | CAMDEN | AR | 71701 |
| 4154 | 300 MADISON ST | CLARENDON | AR | 72029-2718 |
| 6613 | P.O. BOX 265 | CLARKSVILLE | AR | 72830 |
| 1068 | 254 OAK ST | CONWAY | AR | 72032 |
| 2899 | 308 C PINE STREET | CROSSETT | AR | 71635-2910 |
| 9296 | 301 E 8TH STREET | DANVILLE | AR | 72833 |
| 10410 | 205 E SPEEDWAY STREET | DERMOTT | AR | 71638 |
| 12661 | 1602 MAIN STREET | DES ARC | AR | 72040-3116 |
| 601 | 300 S. WHITEHEAD DRIVE | DEWITT | AR | 72042 |
| 11229 | 439 E CHOCTAW STREET | DUMAS | AR | 71639-2319 |
| 2994 | 17668 US HIGHWAY 64 | EARLE | AR | 72331 |
| 1467 | 424 N WEST AVE | EL DORADO | AR | 71730-5938 |
| 4396 | 1005 E FORDYCE ST | ENGLAND | AR | 72046-1417 |

500 Volvo Parkway, Chesapeake, VA 23320
Main (757) 321-5000    Fax (757) 321-5949



| 3026 | 2963 S HWY 65 | EUDORA | AR | 71640 |
|---|---|---|---|---|
| 1048 | 1007 W 4TH ST | FORDYCE | AR | 71742-2217 |
| 4112 | 228 W BROADWAY ST | FORREST CITY | AR | 72335 |
| 3278 | 802 E MAIN ST STE 1 | GREEN FOREST | AR | 72638 |
| 10609 | 506 E. MAIN ST. | GURDON | AR | 71743-1244 |
| 13122 | 700 N  MAIN STREET | HAMBURG | AR | 71646-2718 |
| 11148 | 214 S LEE STREET | HAMPTON | AR | 71744 |
| 4251 | 608 N ILLINOIS ST | HARRISBURG | AR | 72432-1248 |
| 1526 | 640 MALVERN AVE | HOT SPRINGS | AR | 71901-5432 |
| 3261 | 3339 CENTRAL AVE | HOT SPRINGS | AR | 71913-6279 |
| 6016 | 899 PARK AVE | HOT SPRINGS | AR | 71901-3004 |
| 8473 | 3242 ALBERT PIKE RD | HOT SPRINGS | AR | 71913 |
| 5598 | 1700 S HIGHWAY 161 | JACKSONVILLE | AR | 72076-5509 |
| 3527 | 106 S GEE ST | JONESBORO | AR | 72403-2519 |
| 12892 | 1218 N HIGHWAY65 | LAKE VILLAGE | AR | 71653-7563 |
| 12823 | 325 W  BROAD STREET | LEPANTO | AR | 72354-2203 |
| 708 | 801 E. ROOSEVELT ROAD | LITTLE ROCK | AR | 72206-2410 |
| 1314 | 4514 W 12TH ST | LITTLE ROCK | AR | 72204-1924 |
| 1478 | 3500 BASELINE ROAD | LITTLE ROCK | AR | 72209 |
| 2769 | 8824 GEYER SPRINGS RD | LITTLE ROCK | AR | 72209-4701 |
| 3632 | 3901 S UNIVERSITY AVE | LITTLE ROCK | AR | 72204-7832 |
| 3762 | 20290 ARCH ST | LITTLE ROCK | AR | 72206-9217 |
| 4825 | 1711 MAIN ST | LITTLE ROCK | AR | 72206-1471 |
| 5771 | 8510 COLONEL GLENN RD | LITTLE ROCK | AR | 72204-8229 |
| 7191 | 5200 WEST 65TH ST | LITTLE ROCK | AR | 72209-3818 |
| 8936 | 10422 CHICOT ROAD | LITTLE ROCK | AR | 72209 |
| 11390 | 2408 DR MARTIN LUTHER KING JR | LITTLE ROCK | AR | 77206-2079 |
| 9371 | 404 E PAGE AVENUE | MALVERN | AR | 72104 |
| 1037 | 286 W CHESTNUT ST | MARIANNA | AR | 72360-2132 |
| 2295 | 138 BLOCK ST | MARION | AR | 72364-1956 |
| 10820 | P.O. BOX 65 | MARVELL | AR | 72366 |
| 12712 | 652 HIGHWAY 365 | MAYFLOWER | AR | 72106-9630 |
| 602 | 606 HOLLY STREET | MCGEHEE | AR | 71654 |
| 12754 | 609 E MAIN STREET | MELBOURNE | AR | 72556-8031 |
| 11091 | 620 W GAINES STREET | MONTICELLO | AR | 71655 |
| 12749 | 1313 E BROADWAY | MORRILTON | AR | 72110 |
| 741 | 2633 PIKE AVE | N LITTLE ROCK | AR | 72114-1926 |
| 1921 | 4149 E BROADWAY ST | N LITTLE ROCK | AR | 72117-4120 |

4



| 6314 | 4204 CAMP ROBINSON RD | N LITTLE ROCK | AR | 72118-4610 |
|---|---|---|---|---|
| 10170 | 2121 HIGHWAY 161 | N LITTLE ROCK | AR | 72117-3707 |
| 10531 | 715 E BROADWAY STREET | N LITTLE ROCK | AR | 72114-5764 |
| 5472 | 4143 JOHN F. KENNEDY BLVD | NORTH LITTLE ROCK | AR | 72116-8264 |
| 12112 | 5613 MACARTHUR DRIVE | NORTH LITTLE ROCK | AR | 72118 |
| 12842 | 1051 W KEISER | OSCEOLA | AR | 72370-2914 |
| 1109 | 300 W KINGS HIGHWAY | PARAGOULD | AR | 72450-4229 |
| 2436 | 416 S FOURCHE AVE | PERRYVILLE | AR | 72126-8005 |
| 1105 | 2801 S OLIVE ST | PINE BLUFF | AR | 71603-5439 |
| 3782 | 5316 DOLLARWAY RD | PINE BLUFF | AR | 71602-4013 |
| 4955 | 1113 S BLAKE ST | PINE BLUFF | AR | 71603-2315 |
| 5604 | 3100 W 28TH AVE | PINE BLUFF | AR | 71603-4805 |
| 8153 | 1607 E HARDING AVE. | PINE BLUFF | AR | 71601-6823 |
| 11882 | 1169 W 16TH AVE | PINE BLUFF | AR | 71603 |
| 4153 | 2104 HIGHWAY 62 W | POCAHONTAS | AR | 72455-3640 |
| 4009 | 1200 S KNOXVILLE AVE | RUSSELLVILLE | AR | 72802-6401 |
| 2686 | 2223 W BEEBE CAPPS EXPY | SEARCY | AR | 72143-5018 |
| 12562 | 601 S LINCOLN | STAR CITY | AR | 71667 |
| 8952 | 1823 S. MAIN STREET | STUTTGART | AR | 72160-6012 |
| 2096 | 443 HIGHWAY 463 S | TRUMANN | AR | 72472 |
| 12780 | 10 EAGLE STREET | VILONIA | AR | 72173 |
| 3956 | 500 SW FRONT ST | WALNUT RIDGE | AR | 72476-2637 |
| 1256 | 317 S MARTIN ST | WARREN | AR | 71671-2817 |
| 1294 | 233 N SEBASTIAN ST | WEST HELENA | AR | 72390-2447 |
| 785 | 2113 E BROADWAY ST | WEST MEMPHIS | AR | 72301-3454 |
| 3180 | 209 SHOPPINGWAY BLVD STE B | WEST MEMPHIS | AR | 72301-1733 |
| 11802 | 420 S AVALON STREET | WEST MEMPHIS | AR | 72301 |
| 798 | P O BOX 591 | WYNNE | AR | 72396-0591 |
| **Louisiana Stores** | | | | |
| **Store Num.** | **Street Address** | **City** | **State** | **Zip** |
| 906 | 232 BOLTON AVE | ALEXANDRIA | LA | 71301-7126 |
| 6568 | 2501 3RD ST | ALEXANDRIA | LA | 71302-6102 |
| 8397 | 1801 HAZEL ST | ARCADIA | LA | 71001-4131 |
| 10819 | 1022 COTEAU RODAIRE HIGHWAY | ARNAUDVILLE | LA | 70512 |
| 749 | 810 MAIN ST | BAKER | LA | 70714-3442 |
| 917 | 542 N WASHINGTON ST | BASTROP | LA | 71220-3040 |
| 6150 | 1714 E MADISON AVE | BASTROP | LA | 71220-4032 |
| 11090 | 8027 SCENIC HIGHWAY | BATON ROUGE | LA | 70807-4926 |

5

**FAMILY � DOLLAR.**

| 11753 | 6910 MICKENS ROAD | BATON ROUGE | LA | 70811-5937 |
|---|---|---|---|---|
| 10832 | 60 WEST 4TH STREET | BERNICE | LA | 71222 |
| 3542 | 904 REES ST STE B | BREAUX BRIDGE | LA | 70517-4514 |
| 4432 | P.O. BOX 308 | BREAUX BRIDGE | LA | 70517 |
| 11871 | 3047 GRAND POINT HIGHWAY | BREAUX BRIDGE | LA | 70517 |
| 12005 | 1802 ANSE BROUSSARD HWY | BREAUX BRIDGE | LA | 70517 |
| 707 | 816 NW MAIN ST | BUNKIE | LA | 71322-1644 |
| 7631 | 161 HIGHWAY 80 EAST | CALHOUN | LA | 71225-9147 |
| 877 | 631 VETERANS MEMORIAL DRIVE | CARENCRO | LA | 70520-3620 |
| 9337 | P.O. BOX 537 | CARENCRO | LA | 70520 |
| 11174 | 2405 HWY 93 | CARENCRO | LA | 70520 |
| 12829 | 1045 HIGHWAY 107 | CENTER POINT | LA | 71323 |
| 8256 | 1234 HWY 4 | CHATHAM | LA | 71226 |
| 2562 | 336 S. MAIN STREET | CHURCH POINT | LA | 70525 |
| 5417 | 9203 HWY 67 | CLINTON | LA | 70722 |
| 1852 | 7741 HWY 165 | COLUMBIA | LA | 71418-3323 |
| 5365 | 409 CHOUPIQUE LN | COTTONPORT | LA | 71327-3737 |
| 8495 | 807 BROADWAY DR. | DELHI | LA | 71232 |
| 12463 | 12905 LA 28 EAST | DEVILLE | LA | 71328 |
| 5281 | 505 S MAIN ST | FARMERVILLE | LA | 71241-3215 |
| 664 | 504 E WALLACE RD | FERRIDAY | LA | 71334-3223 |
| 8482 | 6194 HIGHWAY 10 | GREENSBURG | LA | 70441 |
| 12194 | 707 HWY 8 | HARRISONBURG | LA | 71340 |
| 2596 | 3000 HIGHWAY 10 | JACKSON | LA | 70748-1409 |
| 8568 | 448 OLD WINNFIELD RD | JONESBORO | LA | 71251-3855 |
| 650 | 1904 4TH STREET | JONESVILLE | LA | 71343 |
| 5732 | 512 AVENUE G | KENTWOOD | LA | 70444-2726 |
| 1126 | 2009 W UNIVERSITY AVE | LAFAYETTE | LA | 70506-2576 |
| 1714 | 107 CARMEL AVE | LAFAYETTE | LA | 70501-5001 |
| 2766 | 2228 AMBASSADOR CAFFERY PKY | LAFAYETTE | LA | 70506-3705 |
| 4746 | 1100 W WILLOW ST | LAFAYETTE | LA | 70501-1779 |
| 7526 | 3550 W PINHOOK RD | LAFAYETTE | LA | 70508-3607 |
| 10333 | 4301 MOSS ROAD | LAFAYETTE | LA | 70507 |
| 11563 | 501 E PINHOOK ROAD | LAFAYETTE | LA | 70501 |
| 11630 | 3841 W CONGRESS STREET | LAFAYETTE | LA | 70506 |
| 11808 | 1944 MOSS STREET | LAFAYETTE | LA | 70501-2118 |
| 649 | 300 SPARROW ST | LAKE PROVIDENCE | LA | 71254-3034 |
| 11404 | 10251 PREJEAN HIGHWAY | LAWTELL | LA | 70550 |

6

500 Volvo Parkway, Chesapeake, VA 23320
Main (757) 321-5000    Fax (757) 321-5949



| 4096 | 8389 HWY 190 SE | LIVONIA | LA | 70755 |
|---|---|---|---|---|
| 5221 | P O BOX 6 | MANSURA | LA | 71350-0006 |
| 941 | 355 W TUNICA DR | MARKSVILLE | LA | 71351-2605 |
| 834 | 1421 WINNSBORO RD | MONROE | LA | 71202-4523 |
| 1262 | 3038 DESIARD ST | MONROE | LA | 71201-7210 |
| 3003 | 7916 DESIARD ST | MONROE | LA | 71203-4936 |
| 4788 | 3390 STERLINGTON RD | MONROE | LA | 71203-2522 |
| 7850 | 1420 HOSPITAL ROAD | NEW ROADS | LA | 70760 |
| 11251 | 401 ELM STREET | NEW ROADS | LA | 70760-3001 |
| 12784 | 1106 VERONA STREET | NEWELLTON | LA | 71357 |
| 8736 | 310 WEST MAIN STREET | OAK GROVE | LA | 71263 |
| 813 | 209 NATCHEZ BLVD | OPELOUSAS | LA | 70570-6524 |
| 3133 | 933 CRESSWELL LN | OPELOUSAS | LA | 70570-5819 |
| 5033 | 718 S UNION ST | OPELOUSAS | LA | 70570-6028 |
| 5892 | 1322 W LANDRY ST | OPELOUSAS | LA | 70570-3455 |
| 11788 | 8311 HIGHWAY 71 N | PINEVILLE | LA | 71360-2752 |
| 12405 | 8016 RIDGE STREET | POLLOCK | LA | 71467 |
| 11324 | 12902 HIGHWAY 190 W | PORT ALLEN | LA | 70767 |
| 4831 | 17491 HIGHWAY 190 | PORT BARRE | LA | 70577-5126 |
| 3936 | 1910 JULIA STREET | RAYVILLE | LA | 71269-5516 |
| 5006 | 3296 HWY 165 SOUTH | RICHWOOD | LA | 71202 |
| 11596 | 2610 RICHWOOD ROAD 2 | RICHWOOD | LA | 71202 |
| 8007 | 612 S MONROE ST | RUSTON | LA | 71270 |
| 11435 | 601 E GEORGIA AVENUE | RUSTON | LA | 71270-3930 |
| 5581 | 5620 CAMERON ST | SCOTT | LA | 70583-5200 |
| 11622 | 1061 RENAUD DRIVE | SCOTT | LA | 70583 |
| 12171 | 9447 HIGHWAY 80 | SIMSBORO | LA | 71275-3002 |
| 12863 | 1101  PLANK RD | ST. JOSEPH | LA | 71366 |
| 9032 | 10008 HIGHWAY 165 N | STERLINGTON | LA | 71280 |
| 5020 | 122 OAK TREE PARK DR | SUNSET | LA | 70584 |
| 717 | 300 N CHESTNUT ST | TALLULAH | LA | 71282-3712 |
| 670 | 1919 CARTER ST. | VIDALIA | LA | 71373 |
| 4433 | 710 W MAIN ST | VILLE PLATTE | LA | 70586-4326 |
| 5470 | 553 VETERANS BLVD | WASHINGTON | LA | 70589 |
| 835 | 117 SMITH ST | WEST MONROE | LA | 71292-6046 |
| 5335 | 1202 CYPRESS ST | WEST MONROE | LA | 71291-2840 |
| 8935 | 3002 CYPRESS STREET | WEST MONROE | LA | 71291 |
| 11335 | 5075 CYPRESS STREET | WEST MONROE | LA | 71291 |

500 Volvo Parkway, Chesapeake, VA 23320
Main (757) 321-5000    Fax (757) 321-5949



| 11721 | 5872 JONESBORO ROAD | WEST MONROE | LA | 71292 |
|---|---|---|---|---|
| 1165 | 815 W COURT ST | WINNFIELD | LA | 71483-2637 |
| 9066 | 3636 FRONT STREET | WINNSBORO | LA | 71295-2224 |
| 9361 | 139 MAPLE STREET | WISNER | LA | 71378 |
| 8795 | P.O. BOX 1346 | YOUNGSVILLE | LA | 70592 |
| 7706 | 4950 HWY 19 | ZACHARY | LA | 70791 |
| **Missouri Stores** | | | | |
| **Store Num.** | **Street Address** | **City** | **State** | **Zip** |
| 9411 | 601 S MAIN STREET | CHARLESTON | MO | 63834 |
| 2388 | 312 W STODDARD ST | DEXTER | MO | 63841-1536 |
| 12555 | 125 PRAIRIE DRIVE | EAST PRAIRIE | MO | 63845 |
| 3524 | 401 FIRST ST | KENNETT | MO | 63857 |
| 2575 | 1031 E MALONE AVE | SIKESTON | MO | 63801 |
| 9188 | 209 W MALONE AVENUE | SIKESTON | MO | 63801 |
| 12816 | 1409 MAIN STREET | VAN BUREN | MO | 63965 |
| 1194 | 1308 PORTER WAGONER BLVD | WEST PLAINS | MO | 65775 |
| **Mississippi Stores** | | | | |
| **Store Num.** | **Street Address** | **City** | **State** | **Zip** |
| 4127 | 103 HIGHWAY 45 N | ABERDEEN | MS | 39730-2305 |
| 12611 | 222 MABUS STREET | ACKERMAN | MS | 39735 |
| 2324 | 209 N 2ND AVE | BALDWYN | MS | 38824-1810 |
| 10384 | 4168 HIGHWAY 42 | BASSFIELD | MS | 39421 |
| 3246 | 116 HIGHWAY 51 N | BATESVILLE | MS | 38606-2347 |
| 2985 | 2760D HIGHWAY 15 | BAY SPRINGS | MS | 39422 |
| 5124 | P.O. BOX 1143 | BELMONT | MS | 38827-1143 |
| 1104 | 620 E FIRST ST | BELZONI | MS | 39038-3406 |
| 2180 | 304 E GOVERNMENT ST | BRANDON | MS | 39042-3262 |
| 10767 | 600 E MONTICELLO ST. | BROOKHAVEN | MS | 39601 |
| 3506 | 1074 E PEACE ST | CANTON | MS | 39046-4026 |
| 10265 | 1131 W PEACE STREET | CANTON | MS | 39046 |
| 11902 | 3376 N. LIBERTY STREET | CANTON | MS | 39046-3717 |
| 642 | PO BOX 1029 | CENTREVILLE | MS | 39631-1029 |
| 3303 | 310 W MAIN ST | CHARLESTON | MS | 38921-2231 |
| 849 | 620 S STATE ST | CLARKSDALE | MS | 38614-6322 |
| 5493 | 1032 N STATE ST | CLARKSDALE | MS | 38614-6524 |
| 3508 | 406 S DAVIS AVENUE | CLEVELAND | MS | 38732-3412 |
| 3514 | 222 CLINTON BLVD | CLINTON | MS | 39056-5126 |
| 7819 | 816 MAIN STREET | COLLINS | MS | 39428 |

500 Volvo Parkway, Chesapeake, VA 23320
Main (757) 321-5000    Fax (757) 321-5949



| 674 | 1412 MAIN ST | COLUMBUS | MS | 39701-4970 |
|---|---|---|---|---|
| 7451 | 202 ALABAMA ST | COLUMBUS | MS | 39702 |
| 12672 | 60 MIKE PARRA RD | COLUMBUS | MS | 39705-1292 |
| 2941 | P. O. BOX 542 | CRYSTAL SPRINGS | MS | 39059-0267 |
| 12882 | 14916 HIGHWAY 16 W | DE KALB | MS | 39328 |
| 12695 | 15458 HIGHWAY 15 | DECATUR | MS | 39327 |
| 545 | 144 W PARK AVE | DREW | MS | 38737-0443 |
| 1152 | 369 E MADISON ST | DURANT | MS | 39063-3713 |
| 8842 | 1960 VETERAN'S MEMORIAL BLVD S | EUPORA | MS | 39744 |
| 12656 | 101 MANSKER DRIVE | FLORA | MS | 39071 |
| 12548 | 1409 S ADAMS STREET | FULTON | MS | 38843 |
| 8769 | 437 N CAPTAIN GLOSTER DR | GLOSTER | MS | 39638 |
| 12291 | 9563 MAIN ST. | GOODMAN | MS | 39079 |
| 547 | 110 N HARVEY ST | GREENVILLE | MS | 38701-3713 |
| 4820 | 2101 HIGHWAY 82 E | GREENVILLE | MS | 38703-6029 |
| 8658 | 1443 MLK BLVD S. | GREENVILLE | MS | 38703 |
| 12334 | 1325 HWY 82 W | GREENVILLE | MS | 38701 |
| 2783 | 700 HIGHWAY 7 N | GREENWOOD | MS | 38930 |
| 11610 | 320 HIGHWAY 82 W | GREENWOOD | MS | 38930 |
| 5068 | 1815 COMMERCE ST | GRENADA | MS | 38901-5106 |
| 10222 | 100 N DR. MLK JR. BLVD. | GRENADA | MS | 38901 |
| 8553 | 20014 HWY 53 | GULFPORT | MS | 39503 |
| 12872 | 40055 HAMILTON RD | HAMILTON | MS | 39746 |
| 1119 | 215 BROADWAY DR | HATTIESBURG | MS | 39401-5083 |
| 4302 | 130 TRADE CENTER LN | HAZELHURST | MS | 39083-2319 |
| 2801 | 1002 EAST AVE N | HOLLANDALE | MS | 38748-3222 |
| 632 | 183 N. MEMPHIS STREET | HOLLY SPRINGS | MS | 38635-2257 |
| 9228 | 3230 GOODMAN ROAD W | HORN LAKE | MS | 38637 |
| 3724 | 903C HWY 82 E | INDIANOLA | MS | 38751-2325 |
| 559 | 3204 MEDGAR EVERS BOULEVARD | JACKSON | MS | 39213-6842 |
| 1695 | 3140 W NORTHSIDE DRIVE | JACKSON | MS | 39213 |
| 3177 | 4445 N STATE ST | JACKSON | MS | 39206-5306 |
| 3921 | 2566 ROBINSON ST STE B | JACKSON | MS | 39209-7029 |
| 3993 | 516 NAKOMA DR | JACKSON | MS | 39206-3332 |
| 5171 | 3366 TERRY RD | JACKSON | MS | 39212-4953 |
| 5213 | 320 W WOODROW WILSON AVE | JACKSON | MS | 39213-7649 |
| 5535 | 2019A RAYMOND RD | JACKSON | MS | 39204-4131 |
| 5870 | 3111 W CAPITAL ST | JACKSON | MS | 39209-4204 |

9

500 Volvo Parkway, Chesapeake, VA 23320
Main (757) 321-5000    Fax (757) 321-5949



| 6731 | 311 BRIARWOOD DR | JACKSON | MS | 39206-3002 |
| 6791 | 4747 CLINTON BLVD | JACKSON | MS | 39209-2405 |
| 6938 | 3707 S SIWELL RD | JACKSON | MS | 39212-4396 |
| 10443 | 2820 TERRY ROAD | JACKSON | MS | 39212 |
| 11570 | 1201 UNIVERSITY BOULEVARD | JACKSON | MS | 39204-3055 |
| 11840 | 4610 TERRY ROAD | JACKSON | MS | 39212 |
| 12294 | 5060 PARKWAY DRIVE | JACKSON | MS | 39211 |
| 2800 | 329 HIGHWAY 12 EAST | KOSCIUSKO | MS | 39090-3420 |
| 546 | 604 N BROAD ST | LELAND | MS | 38756-2622 |
| 658 | 327 DEPOT ST | LEXINGTON | MS | 39095-3606 |
| 8084 | 332 E MAIN ST | LIBERTY | MS | 39645 |
| 10530 | 401 SOUTH CHURCH AVENUE | LOUISVILLE | MS | 39339-2921 |
| 4103 | 601 S JEFFERSON ST | MACON | MS | 39341-3009 |
| 8040 | 115 N. CLARK AVE. | MAGNOLIA | MS | 39652-2821 |
| 12554 | 67 WATSON DRIVE | MANTACHIE | MS | 38855 |
| 10507 | 5321 DALE DRIVE | MARION | MS | 39342 |
| 4108 | 713 MARTIN LUTHER KING DR. | MARKS | MS | 38646 |
| 778 | 1209 DELAWARE AVE | MC COMB | MS | 39648-3763 |
| 5460 | 1200 LASALLE ST | MCCOMB | MS | 39648 |
| 8358 | P.O. BOX 709 | MEADVILLE | MS | 39653-0709 |
| 10905 | 1736 SIMPSON HIGHWAY 149 | MENDENHALL | MS | 39114-3423 |
| 2182 | 2815 8TH STREET | MERIDIAN | MS | 39301-4845 |
| 7601 | 713 E BROAD ST | MONTICELLO | MS | 39654-7707 |
| 6603 | 395 JOHN R JUNKIN DR | NATCHEZ | MS | 39120-3823 |
| 11577 | 1196 N MARTIN LUTHER KING JR S | NATCHEZ | MS | 39120-3162 |
| 12723 | 188 NORTHSIDE DRIVE | NEWTON | MS | 39345 |
| 12707 | 511 W MONROE AVENUE | OKOLONA | MS | 38860 |
| 2727 | 3123 HWY 80 E | PEARL | MS | 39208-3503 |
| 10158 | 621 SOUTH PEARSON ROAD | PEARL | MS | 39208 |
| 10844 | 800 E MAIN STREET | PHILADELPHIA | MS | 39350 |
| 2450 | P O BOX 41 | PORT GIBSON | MS | 39150-0041 |
| 3354 | PO BOX 1556 | PRENTISS | MS | 39474 |
| 566 | 548 S ARCHUSA AVE | QUITMAN | MS | 39355-2416 |
| 12170 | 202 WHITE OAK | RALEIGH | MS | 39153 |
| 12887 | 825 E MAIN STREET | RAYMOND | MS | 39154 |
| 10157 | 1606 E COUNTY LINE ROAD | RIDGELAND | MS | 39157-1906 |
| 12328 | 398 HWY 51 | RIDGELAND | MS | 39157 |
| 7922 | 1115 CASINO CENTER DR. | ROBINSONVILLE | MS | 38664 |

10

500 Volvo Parkway, Chesapeake, VA 23320
Main (757) 321-5000   Fax (757) 321-5949

**FAMILY⊙DOLLAR.**

| 12474 | 20503 HIGHWAY 61 | ROLLING FORK | MS | 39159 |
|---|---|---|---|---|
| 4319 | P O BOX 218 | RULEVILLE | MS | 38771-0218 |
| 12579 | 23 HWY 590 W | SEMINARY | MS | 39479 |
| 12943 | 13824 US-98 | SMITHDALE | MS | 39664 |
| 3443 | 8650 HIGHWAY 51 N | SOUTHAVEN | MS | 38671-2924 |
| 10236 | 980 CHURCH RD. W. | SOUTHAVEN | MS | 38671-9611 |
| 565 | 213 N JACKSON STREET | STARKVILLE | MS | 39759-2501 |
| 10203 | 1440 US HWY. 61 N | TUNICA | MS | 38676 |
| 523 | 701 W MAIN ST | TUPELO | MS | 38804-3707 |
| 6109 | 900 BEULAH AVE | TYLERTOWN | MS | 39667-2174 |
| 10393 | 803 E JACKSON ROAD | UNION | MS | 39365 |
| 12766 | 34195 HIGHWAY 35 | VAIDEN | MS | 39176 |
| 2483 | 2080 S FRONTAGE ROAD | VICKSBURG | MS | 39180 |
| 6160 | 1305 MISSION 66 | VICKSBURG | MS | 39180-3365 |
| 11162 | 135 HIGHWAY 27 | VICKSBURG | MS | 39180 |
| 12444 | 1800 HIGHWAY 61, NORTH | VICKSBURG | MS | 39183 |
| 12445 | 5100 HWY 61 SOUTH | VICKSBURG | MS | 39180 |
| 12720 | 409 DUNCAN STREET | WATER VALLEY | MS | 38965 |
| 11941 | 2071 HIGHWAY 51 | WESSON | MS | 39191 |
| 12666 | 106 S APPLEGATE STREET | WINONA | MS | 38967 |
| 8499 | 184 MAIN ST. | WOODVILLE | MS | 39669 |
| 2799 | 301 BROADWAY STREET | YAZOO | MS | 39194 |
| 5957 | 760 E 15TH ST | YAZOO CITY | MS | 39194-2706 |
| **Tennessee Stores** | | | | |
| **Store Num.** | **Street Address** | **City** | **State** | **Zip** |
| 10798 | 306 E. MAIN STREET | ADAMSVILLE | TN | 38310-2318 |
| 4418 | 2686 KIRBY WHITTEN RD | BARTLETT | TN | 38133 |
| 8323 | 1745 SYCAMORE VIEW RD. | BARTLETT | TN | 38134-6517 |
| 2850 | 605 W MARKET STREET | BOLIVAR | TN | 38008-2240 |
| 10605 | 605 E MAIN STREET | BROWNSVILLE | TN | 38012-2627 |
| 10252 | 1683 APPLING RD. | CORDOVA | TN | 38016-4907 |
| 10467 | 9109 US 64 | CORDOVA | TN | 38016 |
| 2748 | 605 HWY 51 N | COVINGTON | TN | 38019 |
| 3283 | 1935 ST JOHN AVE #C | DYERSBURG | TN | 38024-2132 |
| 12020 | 228 HIGHWAY 57 W | GRAND JUNCTION | TN | 38039-4268 |
| 4235 | 121 WHITLEY AVE | HENDERSON | TN | 38340-2221 |
| 1113 | 903 HOLLYWOOD DR | JACKSON | TN | 38301-4764 |
| 3995 | 1011 OLD HICKORY BLVD | JACKSON | TN | 38305-2483 |

11

500 Volvo Parkway, Chesapeake, VA 23320
Main (757) 321-5000    Fax (757) 321-5949



| 6127 | 224 N ROYAL ST | JACKSON | TN | 38301-6341 |
|---|---|---|---|---|
| 9380 | 1000 WHITEHALL STREET | JACKSON | TN | 38301 |
| 10627 | 1301 N HIGHLAND AVENUE | JACKSON | TN | 38301-4018 |
| 624 | 117 W. CHURCH STREET | LEXINGTON | TN | 38351 |
| 12886 | 211 THREE OAKS DRIVE | MEDINA | TN | 38355-1501 |
| 699 | 3223 WINCHESTER RD | MEMPHIS | TN | 38118-4827 |
| 723 | 2168 FRAYSER BLVD | MEMPHIS | TN | 38127-5755 |
| 724 | 3975 JACKSON AVE | MEMPHIS | TN | 38128-6670 |
| 751 | 3190 N THOMAS #3192 | MEMPHIS | TN | 38127-6001 |
| 759 | 4100 S PLAZA DR | MEMPHIS | TN | 38116-6335 |
| 820 | 142 N AVALON ST | MEMPHIS | TN | 38104-2408 |
| 876 | 2920 LAMAR AVE | MEMPHIS | TN | 38114 |
| 1170 | 4724 MILLBRANCH RD | MEMPHIS | TN | 38116-8031 |
| 1555 | 3400 SUMMER AVENUE | MEMPHIS | TN | 38122 |
| 1568 | 1107 S BELLEVUE BLVD | MEMPHIS | TN | 38106-2344 |
| 2723 | 2500 ELVIS PRESSLEY BLVD | MEMPHIS | TN | 38106-8333 |
| 3370 | 3682 NORTH WATKINS ST | MEMPHIS | TN | 38127-4361 |
| 3398 | 4689 KNIGHT ARNOLD RD | MEMPHIS | TN | 38118-3234 |
| 3412 | 3242 JACKSON AVE | MEMPHIS | TN | 38122-1009 |
| 3537 | 4216 SUMMER AVE | MEMPHIS | TN | 38122-4044 |
| 4181 | 2570 FRAYSER BLVD | MEMPHIS | TN | 38127-5829 |
| 5362 | 2912 COLEMAN RD | MEMPHIS | TN | 38128 |
| 5671 | 4330 WINCHESTER RD | MEMPHIS | TN | 38118 |
| 5803 | 3315 E SHELBY DR | MEMPHIS | TN | 38118-7256 |
| 5844 | 4727 NEELY RD | MEMPHIS | TN | 38109-8550 |
| 5898 | 3566 S MENDENHALL RD | MEMPHIS | TN | 38115-4512 |
| 5960 | 6636 E SHELBY DR | MEMPHIS | TN | 38141-8439 |
| 5984 | 5355 ELVIS PRESLEY BLVD | MEMPHIS | TN | 38116-8235 |
| 6010 | 3141 S MENDENHALL RD | MEMPHIS | TN | 38115-2827 |
| 6097 | 3255 HICKORY HILL RD | MEMPHIS | TN | 38115-3135 |
| 6105 | 3338 AUSTIN PEAY HWY | MEMPHIS | TN | 38128-3802 |
| 6439 | 2743 N WATKINS ST | MEMPHIS | TN | 38127-8564 |
| 6465 | 2981 PARK AVE | MEMPHIS | TN | 38114-2731 |
| 6487 | 3515 RIDGEMONT AVE | MEMPHIS | TN | 38128-1830 |
| 6708 | 3435 MILLBRANCH RD | MEMPHIS | TN | 38116-3625 |
| 6818 | 3500 RAMILL ROAD | MEMPHIS | TN | 38128 |
| 6892 | 6415 E RAINES RD | MEMPHIS | TN | 38115-6540 |
| 7230 | 2374 SUMMER AVE | MEMPHIS | TN | 38112-2518 |

500 Volvo Parkway, Chesapeake, VA 23320
Main (757) 321-5000    Fax (757) 321-5949

**FAMILY❤DOLLAR.**

| 8027 | 287 N. CLEVELAND ST. | MEMPHIS | TN | 38104-7145 |
|---|---|---|---|---|
| 8417 | 2715 S PERKINS ROAD | MEMPHIS | TN | 38118-2430 |
| 8516 | 1636 GETWELL RD | MEMPHIS | TN | 38111-7120 |
| 8558 | 180 EAST E H CRUMP BLVD | MEMPHIS | TN | 38106-1714 |
| 8579 | 831 THOMAS ST | MEMPHIS | TN | 38107-2543 |
| 8580 | 3390 S US HIGHWAY 61 | MEMPHIS | TN | 38109 |
| 8597 | 2760 LAMAR AVE. | MEMPHIS | TN | 38114-4316 |
| 8610 | 656 S HIGHLAND STREET | MEMPHIS | TN | 38111-4356 |
| 8681 | 1870 N GERMANTOWN PKWY. | MEMPHIS | TN | 38016-2815 |
| 8690 | 1427 N HOLLYWOOD ST. | MEMPHIS | TN | 38108-1533 |
| 8691 | 6550 MT. MORIAH RD | MEMPHIS | TN | 38115 |
| 8694 | 2644 JAMES RD | MEMPHIS | TN | 38127-8811 |
| 8735 | 4082 US HIGHWAY 61 SUITE 101 | MEMPHIS | TN | 38109 |
| 8814 | 4280 MACON RD | MEMPHIS | TN | 38122-4811 |
| 8865 | 3544 COVINGTON PIKE | MEMPHIS | TN | 38128-3926 |
| 8866 | 1539 WHITTEN ROAD | MEMPHIS | TN | 38134 |
| 8953 | 4202 HACKS CROSS RD | MEMPHIS | TN | 38125 |
| 8979 | 2711 GETWELL RD | MEMPHIS | TN | 38118 |
| 8980 | 2970 POPLAR AVENUE | MEMPHIS | TN | 38111 |
| 8992 | 4618 QUINCE RD | MEMPHIS | TN | 38117-6547 |
| 9011 | 2360 AIRWAYS BLVD. | MEMPHIS | TN | 38114-6009 |
| 9049 | 1688 JACKSON AVENUE | MEMPHIS | TN | 38107 |
| 9229 | 3403 ELVIS PRESLEY BLVD | MEMPHIS | TN | 38116-3259 |
| 9341 | 5245 RIVERDALE ROAD | MEMPHIS | TN | 38141-8551 |
| 11549 | 4194 HICKORY HILL ROAD | MEMPHIS | TN | 38141-6814 |
| 11664 | 910 JACKSON AVENUE | MEMPHIS | TN | 38107-4134 |
| 11811 | 6222 WINCHESTER ROAD | MEMPHIS | TN | 38115-4175 |
| 11953 | 1450 S TREZEVANT STREET | MEMPHIS | TN | 38114-6607 |
| 12821 | 716 S MAIN ST | MIDDLETON | TN | 38052 |
| 854 | 4839 NAVY RD | MILLINGTON | TN | 38053-2030 |
| 6044 | 1345 MUNFORD AVENUE | MUNFORD | TN | 38058-6749 |
| 12531 | 503 TENNESSEE AVENUE N | PARSONS | TN | 38363 |
| 4175 | 101 LAKE ST | RIDGELY | TN | 38080-1314 |
| 582 | 180 SOUTH WASHINGTON STREET | RIPLEY | TN | 38063-1514 |
| 779 | 2007 WAYNE RD | SAVANNAH | TN | 38372-2235 |
| 4539 | 17575 US HWY 64 | SOMERVILLE | TN | 38068 |
| 633 | 128 DAVY CROCKETT MALL | TRENTON | TN | 38382-2934 |

13

ELECTRONICALLY FILED
Pope County Circuit Court
Rachel Oertling, Circuit Clerk
2022-Feb-22 15:41:30
58CV-22-85
C05D04 : 3 Pages

**FDA NEWS RELEASE**

# FDA Alerts the Public to Potentially Contaminated Products from Family Dollar Stores in Six States

**For Immediate Release:**

**February 18, 2022**

Today, the U.S. Food and Drug Administration is alerting the public that several categories of FDA-regulated products purchased from Jan. 1, 2021, through the present from Family Dollar stores in Alabama, Arkansas, Louisiana, Mississippi, Missouri and Tennessee may be unsafe for consumers to use. The impacted products originated from the company's distribution facility in West Memphis, Arkansas, where an FDA inspection found insanitary conditions, including a rodent infestation, that could cause many of the products to become contaminated. The FDA is working with the company to initiate a voluntary recall (https://www.businesswire.com/news/home/20220218005563/en/Family-Dollar-Stores-Issues-Voluntary-Recall-of-Certain-FDA-Regulated-Products-in-Six-States-Including-Drugs-Devices-Cosmetics-Foods) ☑ (http://www.fda.gov/about-fda/website-policies/website-disclaimer) of the affected products.

**"Families rely on stores like Family Dollar for products such as food and medicine. They deserve products that are safe," said Associate Commissioner for Regulatory Affairs Judith McMeekin, Pharm.D. "No one should be subjected to products stored in the kind of unacceptable conditions that we found in this Family Dollar distribution facility. These conditions appear to be violations of federal law that could put families' health at risk. We will continue to work to protect consumers."**

This alert covers FDA-regulated products (https://www.fda.gov/industry/import-basics/regulated-products) purchased from Family Dollar stores in those six states from Jan. 1, 2021, through the present. Some examples of these products include human foods (including dietary supplements (vitamin, herbal and mineral supplements)), cosmetics (skincare products, baby oils, lipsticks, shampoos, baby wipes), animal foods (kibble, pet treats, wild bird seed), medical devices (feminine hygiene products, surgical masks, contact lens cleaning solutions, bandages, nasal care products) and over-the-counter (OTC) medications (pain medications, eye drops, dental products, antacids, other medications for both adults and children).

Consumers are advised not to use and to contact the company regarding impacted products. The agency is also advising that all drugs, medical devices, cosmetics and dietary supplements, regardless of packaging, be discarded. Food in non-permeable packaging (such as undamaged glass or all-metal cans) may be suitable for use if thoroughly cleaned and sanitized (https://www.fda.gov/animal-veterinary/animal-

**EXHIBIT**

**A**

health-literacy/how-handle-food-products-have-been-exposed-filth). Consumers should wash their hands (https://www.cdc.gov/handwashing/when-how-handwashing.html) immediately after handling any products from the affected Family Dollar stores.

Consumers who recently purchased affected products should contact a health care professional immediately if they have health concerns after using or handling impacted products. Rodent contamination (https://www.cdc.gov/rodents/diseases/direct.html) may cause *Salmonella* and infectious diseases, which may pose the greatest risk to infants, children, pregnant women, the elderly and immunocompromised people.

Following a consumer complaint, the FDA began an investigation of the Family Dollar distribution facility in West Memphis, Arkansas, in January 2022. Family Dollar ceased distribution of products within days of the FDA inspection team's arrival on-site and the inspection concluded on Feb. 11. Conditions observed during the inspection included live rodents, dead rodents in various states of decay, rodent feces and urine, evidence of gnawing, nesting and rodent odors throughout the facility, dead birds and bird droppings, and products stored in conditions that did not protect against contamination. More than 1,100 dead rodents were recovered from the facility following a fumigation at the facility in January 2022. Additionally, a review of the company's internal records also indicated the collection of more than 2,300 rodents between Mar. 29 and Sep. 17, 2021, demonstrating a history of infestation.

## Related Information

- Recalls, Market Withdrawals & Safety Alerts (https://www.fda.gov/safety/recalls-market-withdrawals-safety-alerts)
- Report a Problem to the FDA (https://www.fda.gov/safety/report-problem-fda)

### ###

The FDA, an agency within the U.S. Department of Health and Human Services, protects the public health by assuring the safety, effectiveness, and security of human and veterinary drugs, vaccines and other biological products for human use, and medical devices. The agency also is responsible for the safety and security of our nation's food supply, cosmetics, dietary supplements, products that give off electronic radiation, and for regulating tobacco products.

## Inquiries

**Media:**

✉ Audra Harrison (mailto:audra.harrison@fda.hhs.gov)

📞 301-908-6101

**Consumer:**

📞 888-INFO-FDA

⊙ More Press Announcements (/news-events/newsroom/press-announcements)